# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SUN OPTICS, INC.

    **Plaintiff,**

        **v.**

**FGX INTERNATIONAL, INC.**

    **Defendant.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-137

**TO:**

    FGX International, Inc.
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    R. Eric Hutz, Esquire
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    P. O. Box 2207
    Wilmington, Delaware 19899-2207

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 0 7 2007

PETER T. DALLEO
CLERK

*/s/ [signature]*
(BY) DEPUTY CLERK

DATE

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/8/07 |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: FGX INTERNATIONAL, INC C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/8/07
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

ALSO SERVED
MOTION FOR PRELIMINARY INJUNCTION
DECLARATION OF BRUCE RAILE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
PROPOSED ORDER

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.