IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-137-SLR |
| | ) |
| FGX INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this 26th day of March, 2007,

IT IS ORDERED that a telephonic status conference regarding plaintiff's pending motion for preliminary injunction (D.I. 2) shall be held on **Wednesday, April 4, 2007, at 8:30 a.m.** Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge