IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-137-SLR |
| | ) |
| FGX INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant **FGX International, Inc.** shall answer, move, or otherwise respond to the complaint and plaintiff's motion for preliminary injunction in the above action is extended through and including Friday, April 6, 2007.

**GREENBERG TAURIG, LLP**                                **CONNOLLY BOVE LODGE & HUTZ**

/s/ Donald J. Detweiler                                             /s/ R. Eric Hutz
Donald J. Detweiler (I.D. #3087)                           R. Eric Hutz (I.D. #2702)
Titania R. Mack (I.D. # 4120)                                The Nemours Building
The Nemours Building                                             1007 North Orange Street
1007 North Orange Street, Suite 1200                  P.O. Box 2702
Wilmington, DE 19801                                           Wilmington, DE 19801
302-661-7000                                                          302-658-9141
*detweilerd@gtlaw.com*                                         *ehutz@cblh.com*

*Attorneys for FGX International, Inc.*                *Attorney for Sun Optics Inc.*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge