IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-137-SLR |
| ) | |
| FGX INTERNATIONAL INC., ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Adam B. Landa, Esquire, of the law firm of Greenberg Traurig, LLP, to represent the Defendant.

Dated: April 3, 2007

Donald J. Detweiler (No. 3087)
Titiania R. Mack (No. 4120)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel.: (302) 661-7000

Attorneys for the Defendant

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the States of New York and Connecticut, the U.S. District Court for the Southern and Eastern Districts of New York and the Eastern District of Michigan, the U.S. Patent and Trademark Office, and the U.S. Court of Appeals, Federal Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Adam B. Landa
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9290
Facsimile: (212) 805-9290

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions pro hac vice is granted.

Dated: _____, 2007

_____
Sue L. Robinson
Chief United States District Court Judge