IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-137-SLR |
| | ) |
| FGX INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission <u>pro hac vice</u> of Steven J. Wadyka, Jr., Esquire, of the law firm of Greenberg Traurig, LLP, to represent the Defendant.

Dated: April 3, 2007

/s/ Titiania Mack
Donald J. Detweiler (No. 3087)
Titiania R. Mack (No. 4120)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel.: (302) 661-7000

Attorneys for the Defendant

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I, am admitted, practicing, and in good standing as a member of the Bar of the State of New Jersey, the District of Columbia, the U.S. Court of Appeals, Federal Circuit, the U.S. District Court for the Districts of Columbia, New Jersey, the Eastern District of Michigan and Colorado and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Steven J. Wadyka, Jr.
Steven J. Wadyka, Jr.
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
(703) 749-1307
Fax: (703) 714-8307

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions <u>pro hac vice</u> is granted.

Dated: _____, 2007

_____
Sue L. Robinson
Chief United States District Court Judge