Format for Pro Hac Vice Motion (Rev. 1/05)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SUN OPTICS INC.,      )
       V.           )    Civil Action No.   07-137  SLR
                 )
FGX INTERNATIONAL INC., )

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of
_____Larry R. Laycock_____ to represent _____Plaintiff_____ in this matter.

Signed: _____

(Movant's Name and Delaware State Bar Identification Number)
(Movant's Address)
(Movant's Telephone Number)

Attorney for: _Plaintiff, Sun Optics_____

Date: _4|4|07_____

R. Eric Hutz (#2702)
Connolly Bove Lodge & Hutz
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
Phone:  (302)  658-9141

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____Utah_____ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: _4/1/07_____

(Applicant's Address)
Larry R. Laycock
Workman Nydegger
60 East South Temple, Suite 1000
Salt Lake City, Utah  84111
801  533-9800

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN OPTICS, INC.<br>a Utah Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.07-137 (SLR) |
| FGX INTERNATIONAL, INC.,<br>a Delaware Corporation, | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, R. Eric Hutz, hereby certify that on April 4, 2007, I caused to be electronically filed a true and correct copy of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF LARRY R. LAYCOCK with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> **HAND DELIVERED**
> Donald J. Detweiler, Esquire (I.D. 3087)
> Sandra G. M. Selzer (I.D. 4283)
> **GREENBERG TRAURIG, LLP**
> The Nemours Building
> 1007 North Orange Street
> Suite 1200
> Wilmington, DE 19801
> *Attorney for Defendant*
> *FGX International Inc.*

I further certify that on April 4, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

/s/ R. Eric Hutz

531329_1