R. ERIC HUTZ (#2702)
**CONNOLLY BOVE LODGE & HUTZ**
Attorneys for Plaintiff
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

LARRY R. LAYCOCK (*motion to appear pro hac vice pending*)
CHAD E. NYDEGGER (*motion to appear pro hac vice pending*)
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800

Attorneys for Plaintiff
SUN OPTICS, INC.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FGX International, Inc., a Delaware Corporation,<br><br>Defendant. | Civil Action No. 1:07cv137-SLR<br><br>**LOCAL RULE 7.1.1<br>CERTIFICATION OF COUNSEL** |

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel for Plaintiff Sun Optics, Inc. ("Sun Optics") attempted to resolve Sun Optics's Motion for Leave to File Its First Amended Complaint and Motion for Preliminary Injunction based on infringement of U.S. Patent No. 7,188,739, and the parties were unable to reach a resolution to either motion.

2

CONNOLLY BOVE LODGE & HUTZ

/s/R. Eric Hutz

R. ERIC HUTZ (#2702)
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
ehutz@cblh.com

Attorneys for Plaintiff
Sun Optics, Inc.

Date: April 5, 2007

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC.<br>a Utah Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FGX INTERNATIONAL, INC.,<br>a Delaware Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.07-137 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, R. Eric Hutz, hereby certify that on April 5, 2007, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

       Donald J. Detweiler, Esquire (I.D. 3087)
       Sandra G. M. Selzer (I.D. 4283)
       **GREENBERG TRAURIG, LLP**
       The Nemours Building
       1007 North Orange Street
       Suite 1200
       Wilmington, DE 19801
       *Attorney for Defendant*
        *FGX International Inc.*

I further certify that on April 5, 2007, I caused a copy of the foregoing to be served by hand delivery on the above-listed counsel of record.

                  /s/ R. Eric Hutz

531648_1