R. ERIC HUTZ (#2702)
**CONNOLLY BOVE LODGE & HUTZ, LLP**
Attorneys for Plaintiff
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

LARRY R. LAYCOCK (*pro hac vice application filed*)
CHAD E. NYDEGGER (*pro hac vice application filed*)
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800

Attorneys for Plaintiff
SUN OPTICS, INC.

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN OPTICS, INC., a Utah Corporation, | ) | Civil Action No. 1:07cv137 SLR |
| Plaintiff, | ) ) | **DECLARATION OF CHAD E. NYDEGGER** |
| v. | ) ) | |
| FGX INTERNATIONAL, INC., a Delaware Corporation, | ) ) ) | Oral Argument May 18, 2007 at 9:00 a.m. |
| Defendant. | ) ) ) | Filed April 12, 2007 |

I, Chad E. Nydegger, hereby state:

1. I am an attorney with the firm of Workman Nydegger, counsel for the Plaintiffs in the above-entitled action.

2. I make this declaration based upon my own personal knowledge, and based upon records maintained by Workman Nydegger in the ordinary course of business, to which I have access in the course of fulfilling my duties for the firm and its clients.

3.   Attached hereto as Exhibit A is a true and correct copy of a Preliminary Amendment filed May 24, 2005, regarding Serial No. 29/205,824, the '427 patent.

4.   Attached hereto as Exhibit B is a true and correct copy of A Preliminary Amended filed May 24, 2005, regarding Serial No. 29/221,502, the '180 patent.

5.   Attached hereto as Exhibit C is a true and correct copy of an Office Action mailed November 18, 2005, regarding Serial No. 29/205,824, the '427 patent.

6.   Attached hereto as Exhibit D is a true and correct copy of an Office Action mailed November 18, 2005, regarding Serial No. 29/221,502, the '180 patent.

7.   Attached hereto as Exhibit E is a true and correct copy of Amendment "B" and Response to Office Action, filed February 2, 2006, regarding Serial No. 29/205,824, the '427 patent.

8.   Attached hereto as Exhibit F is a true and correct copy of Amendment "B" and Response to Office Action, filed February 2, 2006, regarding Serial No. 29/221,502, the '180 patent.

I declare under penalty of perjury under the laws of the United States of America that the statements set forth hereinabove are true and correct to the best of my knowledge and understanding.

DATED this 12th day of April, 2007.

CHAD E. NYDEGGER

# EXHIBIT A

PATENT APPLICATION
Docket No: 14301.44

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application of | | ) |
| | | ) |
| | Bruce Raile | ) |
| | | ) |
| Serial No.: | 29/205,824 | ) Art Unit |
| | | )   2913 |
| Filed: | May 20, 2004 | ) |
| | | ) |
| Confirmation No.: | 9949 | ) |
| | | ) |
| For: | EYEGLASS CASE | ) |

PRELIMINARY AMENDMENT

Commissioner for Patents
PO Box 1450
Alexandria, Virginia  22313-1450

Sir:

Please amend the above-identified application as follows:

**Amendments to the Specification** begin on page 2 of this paper.

**Remarks** begin on page 3 of this paper.

1

## SPECIFICATION AMENDMENTS

After Paragraph [001], please insert the following:

<u>Cross-Reference to Related Application</u>

[001.1]    This application claims priority to United States Patent Application No. 10/360,264, filed on February 6, 2003, entitled EYEWEAR CASE AND DISPLAY METHOD; which claims the benefit of United States Provisional Patent Application No. 60/433,724, filed on December 13, 2002, entitled EYEWEAR CASE AND DISPLAY METHOD; which are incorporated by reference in its entirety.

## REMARKS

In the event there remains any impediment to allowance of the claims which could be clarified in a telephonic interview, the Examiner is respectfully requested to initiate such an interview with the undersigned.

DATED this 2⁄ day of May 2005.

Respectfully submitted,

JOHN C. STRINGHAM
Attorney for Applicants
Registration No.  40,831
Customer No. 022913
Telephone No.:  (801) 533-9800

W:\14301\44\DFR0000009044V001.DOC

3                              Serial No. 29/205,824

# EXHIBIT B

PATENT APPLICATION
Docket No:  14301.50

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of                                                                    )
                                                                                       )
                          Bruce Raile                                                  )
                                                                                       )
Serial No.:               29/221,502                                                   ) Art Unit
                                                                                       )   2913
Filed:                    January 17, 2005                                             )
                                                                                       )
Confirmation No.:         6681                                                         )
                                                                                       )
For:                      EYEGLASS CASE                                                )

PRELIMINARY AMENDMENT

Commissioner for Patents
PO Box 1450
Alexandria, Virginia  22313-1450

Sir:

      Please amend the above-identified application as follows:

      **Amendments to the Specification** begin on page 2 of this paper.

      **Remarks** begin on page 3 of this paper.

Serial No. 29/221,502

## SPECIFICATION AMENDMENTS

Please replace Paragraph [001] with the following:

[001]   This application claims priority to United States Design Patent Application No. 29/205,824 filed on May 20, 2004, entitled EYEGLASS CASE; and to United States Patent Application No. 10/360,264, filed on February 6, 2003, entitled EYEWEAR CASE AND DISPLAY METHOD; which claims the benefit of United States Provisional Patent Application No. 60/433,724, filed on December 13, 2002, entitled EYEWEAR CASE AND DISPLAY METHOD; which are incorporated herein by reference.

Serial No. 29/221,502

**REMARKS**

    In the event there remains any impediment to allowance of the claims which could be clarified in a telephonic interview, the Examiner is respectfully requested to initiate such an interview with the undersigned.

    DATED this _24_ day of May 2005.

                        Respectfully submitted,

                        JOHN C. STRINGHAM
                        Attorney for Applicants
                        Registration No.  40,831
                        Customer No. 022913
                        Telephone No.:  (801) 533-9800

W:\14301\50\DFR0000009047V001.DOC

# EXHIBIT C

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/205,824 | 05/20/2004 | Bruce Raile | 14301.44 | 9949 |

22913        7590        11/18/2005

WORKMAN NYDEGGER
(F/K/A WORKMAN NYDEGGER & SEELEY)
60 EAST SOUTH TEMPLE
1000 EAGLE GATE TOWER
SALT LAKE CITY, UT  84111

| EXAMINER |
|---|
| MURPHY, CELIA A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2916 | |

DATE MAILED: 11/18/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

| | | Application No. | Applicant(s) |
|---|---|---|---|
| ***Office Action Summary*** | | 29/205,824 | RAILE, BRUCE |
| | | Examiner | Art Unit | |
| | | Celia A. Murphy | 2916 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒  Responsive to communication(s) filed on _26 May 2005_.

2a)☐ This action is **FINAL**.   2b)☒ This action is non-final.

3)☐  Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒  The claim is pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐  Claim(s) _____ is/are allowed.

6)☒  The claim is rejected.

7)☒  Claim(s) *to priority* is/are objected to.

8)☐  The claim is subject to restriction and/or election requirement.

**Application Papers**

9)☒  The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on _20 May 2004_ is/are:  a)☒ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐  Certified copies of the priority documents have been received.

      2.☐  Certified copies of the priority documents have been received in Application No. _____.

      3.☐  Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08) filed: _9/16/2004_.

4)☐ Interview Summary (PTO-413) filed: _____.

5)☐ Notice of Informal Patent Application (PTO-152)

6)☐ Other: _____.

*Application/Control Number: 29/205,824*

*Art Unit: 2916*

The preliminary amendment claiming priority to a provisional application is objected to. No claim for priority based on a provisional application may be made in a design application.[1] *Applicant should cancel his claim to priority.*

For clarity, the descriptions of Fig. 1 should be amended to read:

-- **Figure 1 is a perspective view of an EYEGLASS CASE showing my new design; --**

The claim is provisionally rejected under the judicially created doctrine of obviousness-type double patenting of the claim of copending Application No. *29/221,502.*

Although the conflicting claims are not identical, they are not patentably distinct from each other because to simply increase or decrease the proportion of the design would be obvious to a person of ordinary skill in the art. This is a provisional obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

It is well settled that it is unobviousness in the overall appearance of the claimed design, when compared with the prior art, rather than minute details or small variations in design as appears to be the case here, that constitutes the test of design patentability.[2]

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be used to overcome an actual or provisional rejection based on a non-statutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application.[3]

*The references are cited as possible pertinent art.*

*The claim stands provisionally rejected under the judicially created doctrine of obviousness-type double patenting.*

Questions about this communication should be directed to examiner, C. A.

---

[1] *MPEP 1.53 (c) (4)*

[2] *See In re Frick, 275 F2d 741, 125 USPQ 191 (CCPA 1960) and In re Lamb, 286 F2d 610, 128 USPQ 539 (CCPA 1961).*

[3] *See 37 CFR 1.130(b). Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).*

*Application/Control Number: 29/205,824*

*Art Unit: 2916*

Murphy, whose telephone number is *(571) 272-2654*. If attempts to reach the examiner by telephone are unsuccessful, then the examiner's supervisor, I. Simmons can be reached at *(571) 272-2658*. The Central FAX phone number for the USPTO is *571-273-8300*.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Contact the Electronic Business Center, (EBC) toll-free, at 866-217-9197 for answers to questions about access to the Private PAIR system.

Questions about **clerical processing** of should be directed to **Vonda Gale**, the Supervisory applications Examiner, whose telephone number is **(571) 272-2578**.

C. A. Murphy
November 4, 2005

CELIA MURPHY
PRIMARY EXAMINER
ART UNIT 2914

Form PTO-1449                      Sheet 1 of 32
Applicant:       Bruce Raile
Serial No.:      29/205,824                        Att'y Docket No.: 14301.44
Filing Date:     May 20, 2004
For:             EYEGLASS CASE

## INFORMATION DISCLOSURE CITATIONS MADE BY APPLICANT (modified 1449)

### U.S. Patent Documents

| Examiner Initial* | Document Number | Issue Date | Name |
|---|---|---|---|
| A1 | 6,626,287 | 09/30/2003 | Watson |
| A2 | 6,415,915 | 07/19/2002 | Grossman |
| A3 | 5,929,967 | 07/27/1999 | Conner |
| A4 | 5,568,872 | 10/29/1996 | Hinnant, Sr. |
| A5 | 5,501,321 | 03/26/1996 | Liu |
| A6 | 5,423,419 | 06/13/1995 | Wentz et al. |
| A7 | 4,744,461 | 05/17/1988 | Lapham |
| A8 | 4,733,775 | 03/29/1988 | Fireman |
| A9 | 4,715,575 | 12/29/1987 | Kamerer |
| A10 | 4,204,602 | 05/27/1980 | Dunchock |
| A11 | 3,817,392 | 06/18/1974 | Bloch |
| A12 | 3,357,568 | 12/12/1967 | Leblanc et al. |
| A13 | 3,333,709 | 08/01/1967 | Leblanc et al. |
| A14 | 2,966,271 | 12/27/1960 | Nadel |
| A15 | 2,936,897 | 05/17/1960 | Bloch |
| A16 | RE24,571 | 11/25/1958 | Nadel |

Examiner: _Celimryru_                    Date Considered: 11/4/2005

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609, draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

Form PTO-1449                                                      Sheet 2 of 2

Applicant:           Bruce Raile

Serial No.:          29/205,824                    Att'y Docket No.: 14301.44

Filing Date:         May 20, 2004

For:                 EYEGLASS CASE

## U.S. Patent Documents

| Examiner Initial* | Document Number | Issue Date | Name |
|---|---|---|---|
| (AW) A17 | 2,816,666 | 12/17/1957 | Nadel |
| A18 | 2,747,760 | 05/29/1956 | Jacobson |
| A19 | 2,735,597 | 02/21/1956 | Treleven |
| A20 | 2,713,947 | 07/26/1955 | Foster |

## Foreign Patent Documents

| Examiner Initial* | Document Number | Publication Date | Country or Patent Office |
|---|---|---|---|
| (AW) B1 | DE 3815889 | 11/23/1989 | Germany |

## Other Documents
(including author, title, pertinent pages, etc.)

| Examiner Initial* |
|---|
| NONE |

Examiner: _Celin yly_          Date Considered: _11/24/05_

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609, draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

| | | Application/Control No.<br>29/205,824 | Applicant(s)/Patent Under Reexamination<br>RAILE, BRUCE | |
|---|---|---|---|---|
| **Notice of References Cited** | | Examiner<br>Celia A. Murphy | Art Unit<br>2916 | Page 1 of 3 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-246,460 A | 08-1881 | -- | 206/6 |
| | B | US-2,809,766 A | 10-1957 | EDDIE ANDERSON | 220/326 |
| | C | US-D286,462 S | 11-1986 | Sender et al. | D3/265 |
| | D | US-D422,139 S | 04-2000 | Meikle, Howard C. | D3/268 |
| | E | US-D425,299 S | 05-2000 | Charbonneau, Robert | D3/265 |
| | F | US-6,102,541 A | 08-2000 | Kuo, Shui-Hua | 351/63 |
| | G | US-6,170,651 B1 | 01-2001 | Taormina, David M. | 206/5 |
| | H | US-6,206,217 B1 | 03-2001 | Chiang, Herman | 220/8 |
| | I | US-D441,953 S | 05-2001 | Ben Moshe, Dan | D3/265 |
| | J | US-6,273,246 B1 | 08-2001 | Marciano, Moshe | 206/301 |
| | K | US-6,382,407 B1 | 05-2002 | Chao, Richard | 206/5 |
| | L | US-D467,421 S | 12-2002 | Chao, David | D3/265 |
| | M | US-6,929,116 B2 | 08-2005 | Chao et al. | 206/5 |

### FOREIGN PATENT DOCUMENTS

| | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*Copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)

**Notice of References Cited**

Part of Paper No. 20051104

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |  |
|---|---|---|---|
| **Notice of References Cited** | 29/205,824 | RAILE, BRUCE | |
| | Examiner | Art Unit | |
| | Celia A. Murphy | 2916 | Page 2 of 3 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-D339,913 S | 10-1993 | Reed, Elmer | D3/265 |
| | B | US-D400,009 S | 10-1998 | Conway, Gary Roy | D3/265 |
| | C | US-5,899,371 A | 05-1999 | Weliver, William W. | 224/245 |
| | D | US-D432,786 S | 10-2000 | Rogers, Graham | D3/265 |
| | E | US-D434,560 S | 12-2000 | Chao, David Yinkai | D3/265 |
| | F | US-D436,725 S | 01-2001 | Rogers, Graham | D3/265 |
| | G | US-D437,112 S | 02-2001 | Toffoli, Ruggero | D3/219 |
| | H | US-D439,738 S | 04-2001 | McCormack, Corinne | D3/265 |
| | I | US-D446,389 S | 08-2001 | Zhou, Shunkao | D3/265 |
| | J | US-2002/0157968 A1 | 10-2002 | Chen, Chih | 206/5 |
| | K | US-6,491,158 B2 | 12-2002 | Chen, Chih | 206/5 |
| | L | US-6,851,552 B1 | 02-2005 | Chao, David | 206/5 |
| | M | US-2005/0155872 A1 | 07-2005 | Cheng, Hsi-Chou | 206/006 |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*Copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20051104

| *Notice of References Cited* | | Application/Control No. 29/205,824 | Applicant(s)/Patent Under Reexamination RAILE, BRUCE | |
|---|---|---|---|---|
| | | Examiner Celia A. Murphy | Art Unit 2916 | Page 3 of 3 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-D432,784 S | 10-2000 | Conway, Gary Roy | D3/203.5 |
| | B | US-D436,434 S | 01-2001 | Conway, Gary Roy | D3/203.5 |
| | C | US-D454,686 S | 03-2002 | McCormack, Corinne | D3/265 |
| | D | US-D483,944 S | 12-2003 | Conner, William A. | D3/265 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20051104

# EXHIBIT D



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 29/221,502 | 01/17/2005 | Bruce Raile | 14301.50 | 6681 |

22913      7590      11/18/2005
WORKMAN NYDEGGER
(F/K/A WORKMAN NYDEGGER & SEELEY)
60 EAST SOUTH TEMPLE
1000 EAGLE GATE TOWER
SALT LAKE CITY, UT  84111

| EXAMINER |
|---|
| MURPHY, CELIA A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2916 | |

DATE MAILED: 11/18/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 29/221,502 | RAILE, BRUCE |
| | Examiner | Art Unit | |
| | Celia A. Murphy | 2916 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on _27 May 2005_.
2a)☐ This action is **FINAL**.    2b)☒ This action is non-final.
3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ The claim is pending in the application.
    4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5)☐ Claim(s) _____ is/are allowed.
6)☒ The claim is rejected.
7)☒ Claim(s) _to priority_ is/are objected to.
8)☐ The claim is subject to restriction and/or election requirement.

**Application Papers**

9)☒ The specification is objected to by the Examiner.
10)☒ The drawing(s) filed on _1/17/2005_ is/are: a)☒ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All    b)☐ Some * c)☐ None of:
        1.☐ Certified copies of the priority documents have been received.
        2.☐ Certified copies of the priority documents have been received in Application No. _____.
        3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

*1)☒ Notice of References Cited (PTO-892)
☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
    filed: ~~6/16/2004~~ 6/6/05

4)☐ Interview Summary (PTO-413)
    filed: _____.
5)☐ Notice of Informal Patent Application (PTO-152)
6)☐ Other: _____.

The preliminary amendment claiming priority to a provisional application is objected to. No claim for priority based on a provisional application may be made in a design application.[1] *Applicant should cancel his claim to priority.*

For clarity, the descriptions of Fig. 1 should be amended to read:

-- **Figure 1 is a perspective view of an EYEGLASS CASE showing my new design;** --

The claim is provisionally rejected under the judicially created doctrine of obviousness-type double patenting of the claim of copending Application No. *29/205,824.*

Although the conflicting claims are not identical, they are not patentably distinct from each other because to simply increase or decrease the proportion of the design would be obvious to a person of ordinary skill in the art. This is a provisional obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

It is well settled that it is unobviousness in the overall appearance of the claimed design, when compared with the prior art, rather than minute details or small variations in design as appears to be the case here, that constitutes the test of design patentability.[2]

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be used to overcome an actual or provisional rejection based on a non-statutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application.[3]

*The references are cited as possible pertinent art.*

*The claim stands provisionally rejected under the judicially created doctrine of obviousness-type double patenting.*

Questions about this communication should be directed to examiner, C. A.

---

[1] *MPEP 1.53 (c) (4)*

[2] See *In re Frick*, 275 F2d 741, 125 USPQ 191 (CCPA 1960) and *In re Lamb*, 286 F2d 610, 128 USPQ 539 (CCPA 1961).

[3] See *37 CFR 1.130(b). Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).*

*Application/Control Number: 29/221,502*

*Art Unit: 2916*

Murphy, whose telephone number is *(571) 272-2654.* If attempts to reach the examiner by telephone are unsuccessful, then the examiner's supervisor, I. Simmons can be reached at *(571) 272-2658.* The Central FAX phone number for the USPTO is *571-273-8300.*

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Contact the Electronic Business Center, (EBC) toll-free, at 866-217-9197 for answers to questions about access to the Private PAIR system.

Questions about **clerical processing** of should be directed to **Vonda Gale,** the Supervisory applications Examiner, whose telephone number is **(571) 272-2578.**

C. A. Murphy
November 4, 2005

CELIA MURPHY
PRIMARY EXAMINER
ART UNIT 2914

Sheet 1 of ~~2~~ *(handwritten)*

Form PTO-1449
Applicant: Bruce Raile
Serial No.: 29/221,502                    Att'y Docket No.: 14301.50
Filing Date: January 17, 2005
For: EYEGLASS CASE

*(stamp: OIPE JUN 0 6 2005 PATENT & TRADEMARK OFFICE)*

## INFORMATION DISCLOSURE CITATIONS MADE BY APPLICANT *(modified 1449)*

### U.S. Patent Documents

| Examiner Initial* | | Document Number | Issue Date | Name |
|---|---|---|---|---|
| *(initials)* | A1 | 6,626,287 | 09/30/2003 | Watson |
| | A2 | 6,415,915 | 07/19/2002 | Grossman |
| | A3 | 5,929,967 | 07/27/1999 | Conner |
| | A4 | 5,568,872 | 10/29/1996 | Hinnant, Sr. |
| | A5 | 5,501,321 | 03/26/1996 | Liu |
| | A6 | 5,423,419 | 06/13/1995 | Wentz et al. |
| | A7 | 4,744,461 | 05/17/1988 | Lapham |
| | A8 | 4,733,775 | 03/29/1988 | Fireman |
| | A9 | 4,715,575 | 12/29/1987 | Kamerer |
| | A10 | 4,204,602 | 05/27/1980 | Dunchock |
| | A11 | 3,817,392 | 06/18/1974 | Bloch |
| | A12 | 3,357,568 | 12/12/1967 | Leblanc et al. |
| | A13 | 3,333,709 | 08/01/1967 | Leblanc et al. |
| | A14 | 2,966,271 | 12/27/1960 | Nadel |
| | A15 | 2,936,897 | 05/17/1960 | Bloch |
| | A16 | RE24,571 | 11/25/1958 | Nadel |

Examiner: *(signature)*        Date Considered: 4/4/2005

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609, draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Form PTO-1449                                                    Sheet 2 of 2 2

Applicant:        Bruce Raile
Serial No.:       29/221,502                    Att'y Docket No.: 14301.50
Filing Date:      January 17, 2005
For:              EYEGLASS CASE

### U.S. Patent Documents

| Examiner Initial* | Document Number | Issue Date | Name |
|---|---|---|---|
| A17 | 2,816,666 | 12/17/1957 | Nadel |
| A18 | 2,747,760 | 05/29/1956 | Jacobson |
| A19 | 2,735,597 | 02/21/1956 | Treleven |
| A20 | 2,713,947 | 07/26/1955 | Foster |

### Foreign Patent Documents

| Examiner Initial* | Document Number | Publication Date | Country or Patent Office |
|---|---|---|---|
| B1 | DE 3815889 | 11/23/1989 | Germany |

### Other Documents
(including author, title, pertinent pages, etc.)

| Examiner Initial* |
|---|
| NONE |

Examiner: _Celumzluy_          Date Considered: 11/4/2005

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609, draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| ***Notice of References Cited*** | | 29/221,502 | RAILE, BRUCE |
| | | Examiner | Art Unit | |
| | | Celia A. Murphy | 2916 | Page 1 of 3 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-246,460 A | 08-1881 | -- | 206/6 |
| | B | US-2,809,766 A | 10-1957 | EDDIE ANDERSON | 220/326 |
| | C | US-D286,462 S | 11-1986 | Sender et al. | D3/265 |
| | D | US-D422,139 S | 04-2000 | Meikle, Howard C. | D3/268 |
| | E | US-D425,299 S | 05-2000 | Charbonneau, Robert | D3/265 |
| | F | US-6,102,541 A | 08-2000 | Kuo, Shui-Hua | 351/63 |
| | G | US-6,170,651 B1 | 01-2001 | Taormina, David M. | 206/5 |
| | H | US-6,206,217 B1 | 03-2001 | Chiang, Herman | 220/8 |
| | I | US-D441,953 S | 05-2001 | Ben Moshe, Dan | D3/265 |
| | J | US-6,273,246 B1 | 08-2001 | Marciano, Moshe | 206/301 |
| | K | US-6,382,407 B1 | 05-2002 | Chao, Richard | 206/5 |
| | L | US-D467,421 S | 12-2002 | Chao, David | D3/265 |
| | M | US-6,929,116 B2 | 08-2005 | Chao et al. | 206/5 |

### FOREIGN PATENT DOCUMENTS

| | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*py of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
*es in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20051104

| | |
|---|---|
| *Notice of References Cited* | Application/Control No.<br>29/221,502 |

| Application/Control No.<br>29/221,502 | Applicant(s)/Patent Under Reexamination<br>RAILE, BRUCE | |
|---|---|---|
| Examiner<br>Celia A. Murphy | Art Unit<br>2916 | Page 2 of 3 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-D339,913 S | 10-1993 | Reed, Elmer | D3/265 |
| | B | US-D400,009 S | 10-1998 | Conway, Gary Roy | D3/265 |
| | C | US-5,899,371 A | 05-1999 | Weliver, William W. | 224/245 |
| | D | US-D432,786 S | 10-2000 | Rogers, Graham | D3/265 |
| | E | US-D434,560 S | 12-2000 | Chao, David Yinkai | D3/265 |
| | F | US-D436,725 S | 01-2001 | Rogers, Graham | D3/265 |
| | G | US-D437,112 S | 02-2001 | Toffoli, Ruggero | D3/219 |
| | H | US-D439,738 S | 04-2001 | McCormack, Corinne | D3/265 |
| | I | US-D446,389 S | 08-2001 | Zhou, Shunkao | D3/265 |
| | J | US-2002/0157968 A1 | 10-2002 | Chen, Chih | 206/5 |
| | K | US-6,491,158 B2 | 12-2002 | Chen, Chih | 206/5 |
| | L | US-6,851,552 B1 | 02-2005 | Chao, David | 206/5 |
| | M | US-2005/0155872 A1 | 07-2005 | Cheng, Hsi-Chou | 206/006 |

### FOREIGN PATENT DOCUMENTS

| | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

...py of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
..es in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Notice of References Cited* | Application/Control No. 29/221,502 | Applicant(s)/Patent Under Reexamination RAILE, BRUCE | |
|---|---|---|---|
| | Examiner Celia A. Murphy | Art Unit 2916 | Page 3 of 3 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-D432,784 S | 10-2000 | Conway, Gary Roy | D3/203.5 |
| | B | US-D436,434 S | 01-2001 | Conway, Gary Roy | D3/203.5 |
| | C | US-D454,686 S | 03-2002 | McCormack, Corinne | D3/265 |
| | D | US-D483,944 S | 12-2003 | Conner, William A. | D3/265 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

opy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
...es in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                          Notice of References Cited                          Part of Paper No. 20051104

**EXHIBIT E**

VIA FACSIMILE                                        PATENT APPLICATION
                                                     Docket No. 14301.44

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of                                    )
                                                        )
              Bruce Raile                               )
                                                        )
Serial No.:        29/205,824                           ) Art Unit
                                                        )   2916
Filed:             May 20, 2004                         )
                                                        )
Conf. No.:         9949                                 )
                                                        )
For:               EYEGLASS CASE                        )
                                                        )
Examiner:          Celia A. Murphy                      )
                                                        )
Customer No.:      022913                               )

### AMENDMENT "B" AND RESPONSE TO OFFICE ACTION

**VIA FACSIMILE (571) 273-8300**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

        In response to the Office Action dated November 18, 2005, please amend the above-identified application as follows:

        **Amendments to the Specification** begin on page 2 of this paper.

        **Remarks/Arguments** begin on page 3 of this paper.

Application No. 29/221,503
Amendment "B" and Response to Office Action

## AMENDMENTS TO THE SPECIFICATION

Please replace Paragraph [001] with the following:

[001] This application claims priority to United States Patent Application No. 10/360,264, filed on February 6, 2003, entitled EYEWEAR CASE AND DISPLAY METHOD, which is incorporated herein by reference.

Please replace Paragraph [002] with the following:

[002] Figure 1 is a perspective view of an EYEGLASS CASE showing my new design;

Application No. 29/221,503
Amendment "B" and Response to Office Action

## REMARKS

This correspondence responds to the Office Action dated November 18, 2005.

### 1.    PRIORITY CLAIM

Applicant respectfully requests that the priority claim to United States Provisional Application No. 60/433,724 be cancelled.

### 2.    NONSTATUTORY DOUBLE PATENTING

Filed concurrently herewith is a terminal disclaimer, filed in compliance with 37 C.F.R. § 1.321(c), disclaiming the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of any patent granted on pending reference Application No. 29/221,502, filed on January 17, 2005, as such term is defined in 35 U.S.C. 154 and 173.

### 3.    CONCLUSION

In view of the foregoing, Applicant respectfully asserts that this application is in condition for allowance. Reconsideration and favorable action is respectfully requested. Should the Examiner have any questions or concerns which can be resolved by a discussion with the Applicant's attorney or through an Examiner's Amendment, the Examiner is invited to contact the Applicant's attorney by telephone at (801) 533-9800.

Application No. 29/221,503
Amendment "B" and Response to Office Action

Dated this _2_ day of ___February___ 2006.

Respectfully submitted,

JOHN C. STRINGHAM
Registration No. 40,831
Attorney for Applicant

**WORKMAN NYDEGGER**
**Customer No. 022913**
Telephone No. (801) 533-9800
jstringham@wnlaw.com

W:\14301\44\DFR0000010999V001.doc

# EXHIBIT F

VIA FACSIMILE

PATENT APPLICATION
Docket No. 14301.50

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application of | | ) |
| | | ) |
| | Bruce Raile | ) |
| | | ) |
| Serial No.: | 29/221,502 | ) Art Unit |
| | | )   2916 |
| Filed: | January 17, 2005 | ) |
| | | ) |
| Conf. No.: | 6681 | ) |
| | | ) |
| For: | EYEGLASS CASE | ) |
| | | ) |
| Examiner: | Celia A. Murphy | ) |
| | | ) |
| Customer No.: | 022913 | ) |

### AMENDMENT "B" AND RESPONSE TO OFFICE ACTION

**VIA FACSIMILE (571) 273-8300**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

In response to the Office Action dated November 18, 2005, please amend the above-identified application as follows:

**Amendments to the Specification** begin on page 2 of this paper.

**Remarks/Arguments** begin on page 3 of this paper.

Application No. 29/221,503
Amendment "B" and Response to Office Action

## AMENDMENTS TO THE SPECIFICATION

Please replace Paragraph [001] with the following:

[001]  This application claims priority to United States Design Patent Application No. 29/205,824 filed on May 20, 2004, entitled EYEGLASS CASE; and to United States Patent Application No. 10/360,264, filed on February 6, 2003, entitled EYEWEAR CASE AND DISPLAY METHOD, which are incorporated herein by reference.

Please replace Paragraph [003] with the following:

[002]  Figure 1 is a perspective view of an EYEGLASS CASE showing my new design;

Application No. 29/221,503
Amendment "B" and Response to Office Action

## REMARKS

This correspondence responds to the Office Action dated November 18, 2005.

**1.     PRIORITY CLAIM**

Applicant respectfully requests that the priority claim to United States Provisional Application No. 60/433,724 be cancelled.

**2.     NONSTATUTORY DOUBLE PATENTING**

Filed concurrently herewith is a terminal disclaimer, filed in compliance with 37 C.F.R. § 1.321(c), disclaiming the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of any patent granted on pending reference Application No. 29/205,824, filed on May 20, 2004, as such term is defined in 35 U.S.C. 154 and 173.

**3.     CONCLUSION**

In view of the foregoing, Applicant respectfully asserts that this application is in condition for allowance. Reconsideration and favorable action is respectfully requested. Should the Examiner have any questions or concerns which can be resolved by a discussion with the Applicant's attorney or through an Examiner's Amendment, the Examiner is invited to contact the Applicant's attorney by telephone at (801) 533-9800.

Application No. 29/221,503
Amendment "B" and Response to Office Action

Dated this 2 day of February 2006.

Respectfully submitted,

JOHN C. STRINGHAM
Registration No. 40,831
Attorney for Applicant

**WORKMAN NYDEGGER**
**Customer No. 022913**
Telephone No. (801) 533-9800
jstringham@wnlaw.com

W:\14301\50\DFR0000011248V001.doc

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

SUN OPTICS, INC.             )
a Utah Corporation,         )
                              )
        Plaintiff,        )
                              )
     v.               )        Civil Action No.07-137 (SLR)
                              )
FGX INTERNATIONAL, INC.,   )
a Delaware  Corporation,      )
                              )
        Defendant.    )

## CERTIFICATE OF SERVICE

I, R. Eric Hutz, hereby certify that on April 12, 2007, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Donald J. Detweiler, Esquire (I.D. 3087)
> Sandra G. M. Selzer (I.D. 4283)
> **GREENBERG TRAURIG, LLP**
> The Nemours Building
> 1007 North Orange Street
> Suite 1200
> Wilmington, DE 19801
> *Attorney for Defendant*
>    *FGX International Inc.*

> */s/ R. Eric Hutz* _____

531648_1