IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-137-SLR |
| | ) |
| FGX INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that briefing on plaintiff **Sun Optics Inc.'s ("Sun Optics")** second motion for a preliminary injunction (D.I. 23) ("Preliminary Injunction Motion") shall be governed by the following schedule:

a. Defendant's Answering Brief shall be filed on or before Friday, April 27, 2007.

b. Plaintiff's Reply Brief shall be filed on or before Friday, May 4, 2007.

IT IS HEREBY FURTHER STIPULATED AND AGREED, subject to the approval of the Court, that briefing on plaintiff Sun Optics' motion for leave to file a first amended complaint (D.I. 32) ("Motion to Amend") shall be governed by the following schedule:

a. Defendant's Answering Brief shall be filed on or before Friday, April 27, 2007.

b. Plaintiff's Reply Brief shall be filed on or before Friday, May 4, 2007.

IT IS HEREBY FURTHER STIPULATED AND AGREED, subject to the approval of the Court, that briefing on defendant **FGX International Inc.'s ("FGX")** motion to dismiss (D.I. 12) (the "Motion to Dismiss") shall be governed by the following schedule:

a. Plaintiff's Answering Brief shall be filed on or before Thursday, April 26, 2007.

b. Defendant's Reply Brief shall be filed on or before Thursday, May 3, 2007.

A hearing on the Motion to Dismiss, the Preliminary Injunction Motion and the Motion to Amend shall be held on Friday, May 18, 2007, at 9:00 a.m., with the hearing time to be divided equally.

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **CONNOLLY BOVE LODGE & HUTZ LLP** |
| /s/ Donald J. Detweiler | /s/ R. Eric Hutz |
| Donald J. Detweiler (I.D. #3087) | R. Eric Hutz (I.D. #2702) |
| Sandra G. M. Selzer (I.D. # 4283) | The Nemours Building |
| The Nemours Building | 1007 North Orange Street |
| 1007 North Orange Street, Suite 1200 | P.O. Box 2702 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| 302-661-7000 | 302-658-9141 |
| detweilerd@gtlaw.com | ehutz@cblh.com |
| selzers@gtlaw.com | |
| | *Attorney for Sun Optics Inc.* |
| *Attorneys for FGX International, Inc* | |

SO ORDERED this _____ day of _____, 2007.

_____
Honorable Sue L. Robinson, Chief Judge
United States District Court

DEL-FS1\167847v02