IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>FGX INTERNATIONAL, INC., a Delaware Corporation,<br><br>        Defendant. | Civil Action No. 1:07cv137 SLR |

**DECLARATION OF CHAD E. NYDEGGER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

                                        **CONNOLLY BOVE LODGE & HUTZ, LLP**

                                        R. ERIC HUTZ (#2702)
                                        The Nemours Building
                                        1007 N. Orange Street
                                        P. O. Box 2702
                                        Wilmington, DE 19899
                                        Phone: (302) 658-9141
                                        Fax: (302) 658-5614
                                        *Attorneys for Plaintiff*
                                            *SUN OPTICS, INC.*

<u>**OF COUNSEL**</u>
LARRY R. LAYCOCK
CHAD E. NYDEGGER
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Phone: (801) 533-9800

**DATE:** May 4, 2007

I, Chad E. Nydegger, hereby state:

1. I am an attorney with the firm of Workman Nydegger, counsel for the Plaintiffs in the above-entitled action.

2. I make this declaration based upon my own personal knowledge, and based upon records maintained by Workman Nydegger in the ordinary course of business, to which I have access in the course of fulfilling my duties for the firm and its clients.

3. Attached hereto as Exhibits A, B and C are true and correct copies of Forms PTO-1449, Information Disclosure Citations Made by Applicant, which list the references cited to the PTO by the Applicant during the prosecution of United States Patent No. 7,188,739.

I declare under penalty of perjury under the laws of the United States of America that the statements set forth hereinabove are true and correct to the best of my knowledge and understanding.

DATED this 4th day of May, 2007.

_____
Chad E. Nydegger

**EXHIBIT A**

02/22/2006 16:47 FAX 8013281707        WORKMAN NYDEGGER                    @018/028

Form PTO-1449                                                       Sheet 1 of 5
Applicant:      Bruce Raile
Serial No.:     10/360,264                                  Att'y Docket No.: 14301.36.1
Filing Date:    February 6, 2003
For:            EYEWEAR CASE AND DISPLAY METHOD

## INFORMATION DISCLOSURE CITATIONS MADE BY APPLICANT

### U.S. Patent Documents

| Examiner Initials | Document Number | Issue Date | Name |
|---|---|---|---|
| A1 | 246,460 | 08/1881 | Chase et al. |
| A2 | 2,809,766 | 10/1957 | Anderson |
| A3 | D267,992 | 02/1983 | Shelton |
| A4 | D275,161 | 08/1984 | Shelton |
| A5 | D275,160 | 08/1984 | Shelton |
| A6 | 4,614,272 | 09/30/1986 | Shelton et al. |
| A7 | D286,462 | 11/1986 | Sender et al. |
| A8 | D339,913 | 10/1993 | Reed |
| A9 | D369,466 | 05/07/1996 | Jannard et al. |
| A10 | 4,000,810 | 01/04/1997 | Leblanc |
| A11 | D400,009 | 10/1998 | Conway |
| A12 | 5,899,371 | 05/1999 | Weliver |
| A13 | D422,139 | 04/2000 | Meikle |
| A14 | D425,299 | 05/2000 | Charbonneau |
| A15 | 6,102,541 | 08/2000 | Kuo |
| A16 | D432,784 | 10/2000 | Conway |

Examiner: _[signature]_         Date Considered: 5/17/06

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609, draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

PAGE 18/28 * RCVD AT 2/22/2006 6:36:10 PM [Eastern Standard Time] * SVR:USPTO-EFXRF-6/25 * DNIS:2738300 * CSID:8013281707 * DURATION (mm-ss):14-34

Form PTO-1449  
Applicant: Bruce Raile  
Serial No.: 10/360,264  
Filing Date: February 6, 2003  
For: EYEWEAR CASE AND DISPLAY METHOD  

Sheet 2 of 5  
Att'y Docket No.: 14301.36.1

### U.S. Patent Documents

| Examiner Initial* | Document Number | Issue Date | Name |
|---|---|---|---|
| /initialed/ | A17 | D432,786 | 10/2000 | Rogers |
| /initialed/ | A18 | D434,560 | 12/2000 | Chao |
| /initialed/ | A19 | D436,434 | 01/2001 | Conway |
| /initialed/ | A20 | D436,725 | 01/2001 | Rogers |
| /initialed/ | A21 | 6,170,651 | 01/2001 | Taormina |
| /initialed/ | A22 | D437,112 | 02/2001 | Toffoli |
| /initialed/ | A23 | 6,206,217 | 03/2001 | Chiang |
| /initialed/ | A24 | D439,738 | 04/2001 | McCormack |
| /initialed/ | A25 | D441,953 | 05/2001 | Ben Moshe |
| /initialed/ | A26 | 6,273,246 | 08/2001 | Marciano |
| /initialed/ | A27 | D446,389 | 08/2001 | Zhou |
| /initialed/ | A28 | D454,686 | 03/2002 | McCormack |
| /initialed/ | A29 | 6,382,407 | 05/2002 | Chao |
| /initialed/ | A30 | US2002/0157968 | 10/2002 | Chen |
| /initialed/ | A31 | D467,421 | 12/2002 | Chao |
| /initialed/ | A32 | 6,491,158 | 12/2002 | Chen |
| /initialed/ | A33 | D483,944 | 12/2003 | Conner |

Examiner: /signed/    Date Considered: 5/17/06

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609, draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Form PTO-1449　　　　　　　　　　　　　　　　　　　　　　　　　　　Sheet 3 of : 5
Applicant:　　　　Bruce Raile
Serial No.:　　　　10/360,264　　　　　　　　　　　　　　　Att'y Docket No.: 14301.36.1
Filing Date:　　　February 6, 2003
For:　　　　　　　EYEWEAR CASE AND DISPLAY METHOD

### U.S. Patent Documents

| Examiner Initial* | Document Number | Issue Date | Name |
|---|---|---|---|
| [initialed] | A34  6,851,552 | 02/2005 | Chao |
| [initialed] | A35  US2005/0155872 | 07/2005 | Cheng |

### Foreign Patent Documents

| Examiner Initial* | Document Number | Publication Date | Country or Patent Office |
|---|---|---|---|

NONE

### Other Documents
(including author, title, pertinent pages, etc.)

Examiner Initial*

NONE

Examiner: [signature]　　　　　　Date Considered: 5/17/06

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609, draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**EXHIBIT B**

Form PTO-1449

Sheet 4 of 5

Applicant: Bruce Raile
Serial No.: 10/360,264
Filing Date: February 6, 2003
For: EYEWEAR CASE AND DISPLAY METHOD

Att'y Docket No.: 14301.36.1

## INFORMATION DISCLOSURE CITATIONS MADE BY APPLICANT

### U.S. Patent Documents

| Examiner Initial* | | Document Number | Issue Date | Name |
|---|---|---|---|---|
| ✓ | A1 | 5,501,321 | 03/26/1996 | Liu |
| ✓ | A2 | 4,744,461 | 05/17/1988 | Lapham |
| ✓ | A3 | 4,715,575 | 12/29/1987 | Kamerer |
| ✓ | A4 | 4,204,602 | 05/27/1980 | Dunchock |
| ✓ | A5 | 3,817,392 | 06/18/1974 | Bloch |
| ✓ | A6 | 3,357,568 | 12/12/1967 | Leblanc et al. |
| ✓ | A7 | 3,333,709 | 08/01/1967 | Leblanc et al. |
| ✓ | A8 | 2,966,271 | 12/27/1960 | Nadel |
| ✓ | A9 | 2,936,897 | 05/17/1960 | Bloch |
| ✓ | A10 | RE24571 | 11/25/1958 | Nadel |
| ✓ | A11 | 2,816,666 | 12/17/1957 | Nadel |
| ✓ | A12 | 2,735,597 | 02/21/1956 | Treleven |
| ✓ | A13 | 2,713,947 | 07/26/1955 | Foster |

RECEIVED MAY 16 2003 TECHNOLOGY CENTER R3700

Examiner: _/s/_  Date Considered: 4/1/04

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609, draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Form PTO-1449　　　　　　　　　　　　　　　　　　　　　　　Sheet 5 of 5
Applicant:　　　　Bruce Raile
Serial No.:　　　　10/360,264　　　　　　　　　　　　　　　Att'y Docket No.: 14301.36.1
Filing Date:　　　　February 6, 2003
For:　　　　　　　EYEWEAR CASE AND DISPLAY METHOD

## INFORMATION DISCLOSURE CITATIONS MADE BY APPLICANT

### U.S. Patent Documents

| Examiner Initial* | Document Number | Issue Date | Name |
|---|---|---|---|
| A1 | 1,092,156 | 04/1914 | Mathis |
| A2 | 2,606,708 | 08/1952 | Irvan |
| A3 | D208,469 | 09/1967 | Parker |
| A4 | 3,593,856 | 07/1971 | Zander |
| A5 | 3,857,482 | 12/1974 | Shelton |
| A6 | 3,866,800 | 02/1975 | Schmitt |
| A7 | 4,572,366 | 02/1986 | Carson |
| A8 | 5,141,117 | 08/1992 | Olsen et al. |
| A9 | 5,949,515 | 09/1999 | Hoshino |
| A10 | 6,382,407 | 05/2002 | Chao |
| A11 | 6,491,158 | 12/2002 | Chen |

### U.S. Patent Publications

| Examiner Initial* | Document Number | Issue Date | Name |
|---|---|---|---|
| B1 | 2003/0111361 | 06/2003 | Fischer et al. |

Examiner: _____　　　Date Considered: 5/17/06

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609, draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**EXHIBIT C**

Form PTO-1449  
Applicant:  Bruce Raile  
Serial No.:  10/360,264  
Filing Date:  February 6, 2003  
For:  EYEWEAR CASE AND DISPLAY METHOD  

Sheet 1 of 2

Att'y Docket No.: 14301.36.1

## INFORMATION DISCLOSURE CITATIONS MADE BY APPLICANT

### U.S. Patent Documents

| Examiner Initial* | Document Number | Issue Date | Name |
|---|---|---|---|

NONE

### Foreign Patent Documents

| Examiner Initial* | Document Number | Publication Date | Country or Patent Office |
|---|---|---|---|

NONE

### Other Documents
(including author, title, pertinent pages, etc.)

| Examiner Initial* | | |
|---|---|---|
| [initialed] | A1 | Pocket Clip & Tube Readers, Insight Eyeworks, circa October 2001, 2 pages. |

Examiner: [signature]  Date Considered: 12/23/06

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609, draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN OPTICS, INC.<br>a Utah Corporation, | )<br>)<br>) | |
| Plaintiff, | )<br>) | Civil Action No.07-137 (SLR) |
| v. | )<br>)<br>) | |
| FGX INTERNATIONAL, INC.,<br>a Delaware Corporation, | )<br>)<br>)<br>) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) | |

I, R. Eric Hutz, hereby certify that on May 4, 2007, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Donald J. Detweiler, Esquire
> Sandra G. M. Selzer, Esquire
> **GREENBERG TRAURIG, LLP**
> The Nemours Building
> 1007 North Orange Street, Suite 1200
> Wilmington, DE 19801
> *Attorney for Defendant*
> *FGX International Inc.*

I further certify that on May 4, 2007, I caused a copy of the foregoing to be served by hand delivery on the above-listed counsel of record and the following counsel in the manner indicated:

| **FIRST-CLASS U.S. MAIL** | **FIRST-CLASS U.S. MAIL** |
|---|---|
| Adam B. Landa, Esquire | Steven J. Wadyka, Jr., Esquire |
| **GREENBERG TRAURIG, LLP** | **GREENBERG TRAURIG, LLP** |
| 200 Park Avenue | 1750 Tysons Boulevard, 12th Floor |
| New York, NY 10166 | McLean, VA 22102 |

/s/ R. Eric Hutz

531648_1