# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

R. ERIC HUTZ

TEL (302) 658 9141
FAX (302) 658 5614
EMAIL ehutz@cblh.com
REPLY To Wilmington Office

June 12, 2007

**HAND DELIVERED**
Clerk of the Court
U.S. District Court for the District of Delaware
844 North King Street
Room 4209, Lock Box 18
Wilmington, DE 19801

> Re:    **Sun Optics, Inc. v. FGX International, Inc.**
>        **(C.A. No. 07-137 (SLR))**

Dear Sir or Madam:

Enclosed please find the May 17, 2007 Declaration of Bruce Raile. The Declaration was submitted by hand to the Court during the May 18, 2007 hearing on Plaintiff's motion for a preliminary injunction and is being formally filed with the Clerk's office to appear on the docket.

Very truly yours,

R. Eric Hutz

REH/evs
cc:    Donald J. Detweiler, Esquire (By Hand and Electronics Means)
       Sandra G.M. Selzer, Esquire (By Hand and Electronics Means)
       Adam B. Landa, Esquire (By Federal Express)
       Steven J. Wadyka, Jr., Esquire (By Federal Express)
       Chad E. Nydegger, Esquire (By Electronics Means)

544142_1

WILMINGTON, DE                    WASHINGTON, DC                    LOS ANGELES, CA