R. ERIC HUTZ (#2702)
**CONNOLLY BOVE LODGE & HUTZ, LLP**
Attorneys for Plaintiff
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141

LARRY R. LAYCOCK (*pro hac vice*)
CHAD E. NYDEGGER (*pro hac vice*)
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800

Attorneys for Plaintiff
SUN OPTICS, INC.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> FGX INTERNATIONAL, INC., a Delaware )<br> Corporation,  ) <br> ) <br> Defendant.  ) <br> ) <br> ) | Civil Action No. 1:07cv137-SLR <br><br> **DECLARATION OF BRUCE RAILE** |

Bruce Raile, declarant herein, declares as follows:

1. I am a citizen of the United States, am over the age of 21, and am competent to testify to the matters set forth herein.

2. I am the President, CEO, and co-founder of Sun Optics, Inc. ("Sun Optics"), Plaintiff in the above-captioned matter.

3.   A picture of Sun Optics's "extenuated band" design for reading glasses is attached hereto as Exhibit A. Sun Optics's first order for the "extenuated band" case was placed with our foreign manufacturer on October 28, 2003, and was shipped on December 5, 2003.

4.   The "extenuated band" case for reading glasses was first sold to Rite Aid in approximately March 2004. Attached hereto as Exhibit B is a true and correct copy of email communications on March 15 and 16, 2004, concerning the first sales of the "extenuated band" case to Rite Aid.

5.   Sun Optics did not sell the "extenuated band" case to Rite Aid, or to anyone else, prior to May 20, 2003.

6.   Sun Optics has recently learned that 3 of our current Distributors in the Optical Market are now also selling the "Private Eyes" product.

I have read the foregoing declaration and declare under penalties of perjury that the contents thereof are true and correct of my own personal knowledge.

Dated this _17_ day of May, 2007.

_____
BRUCE RAILE