IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN OPTICS, INC., a Utah Corporation, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| FGX INTERNATIONAL, INC., a Delaware Corporation, | ) ) ) | Civil Action No.  1:07cv137 SLR |
| Defendant. | ) ) ) ) | |

**MOTION FOR LEAVE TO FILE EVIDENCE ARISING AFTER ORAL ARGUMENTS IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION**

Sun Optics, Inc. ("Sun Optics") hereby moves the Court for leave to submit supplement evidence arising after oral arguments heard on May 18, 2007, in support of Sun Optics's motions for preliminary injunction (Dkt. Nos. 2 and 23).  Sun Optics has recently discovered two pieces of evidence not previously available that refute representations and arguments made by FGX International, Inc. ("FGX") in opposition to Sun Optics's motions for preliminary injunction.  The first piece of evidence is a copy of pages of the June 18, 2007 publication of *Vision Monday,* an optical trade journal, in which FGX has a full-page advertisement for its accused products that appears a few pages before Sun Optics's full-page advertisement for its patented products.  This evidence refutes FGX's arguments and allegations that FGX's accused products do not compete directly with Sun Optics's patented products.

The second piece of evidence is a photograph of products being marketed by FGX at a CVS drugstore.  These products were not discovered until July of 2007.  This

evidence refutes FGX's representations and arguments that FGX did not use a clear tube product to undermine Sun Optics's attempt to sell is patented products to CVS.

Both of these two pieces of evidence are particularly relevant to proving that Sun Optics has been, and continues to be, irreparably harmed by FGX's infringement. Therefore, Sun Optics respectfully requests that this Court enter an Order granting Sun Optics leave to file the Notice of Supplemental Evidence in Support of Plaintiff's Motions for Preliminary Injunction attached hereto as Exhibit A.

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ LLP**


By:    /s/ Francis DiGiovanni (#3189)
       R. Eric Hutz (#2702)
       The Nemours Building
       1007 N. Orange Street
       P. O. Box 2207
       Wilmington, DE 19899
       Telephone: (302) 658-9141
       *Attorneys for Plaintiff*
       *Sun Optics, Inc.*


<u>**OF COUNSEL**</u>:
LARRY R. LAYCOCK
CHAD E. NYDEGGER
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
*Attorneys for Plaintiff SUN OPTICS, INC.*

**DATE:** July 5, 2007
551047_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SUN OPTICS, INC., a Utah Corporation,   )
                                     )
             Plaintiff,       )
                                     )
     v.                          )
                                     )     Civil Action No.  1:07cv137 SLR
FGX INTERNATIONAL, INC., a Delaware  )
Corporation,                       )
                                   )
            Defendant.    )
                                   )
                                   )

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO SUBMIT
EVIDENCE ARISING AFTER ORAL ARGUMENTS IN SUPPORT OF
MOTIONS FOR PRELIMINARY INJUNCTION**

The Court, having considered Plaintiff Sun Optics, Inc.'s ("Sun Optics") Motion for

Leave To Submit Evidence Arising After Oral Arguments in Support of Plaintiff's Motions for

Preliminary Injunction, and for good cause appearing therefore, Plaintiff Sun Optics's Motion for

Leave To Submit Evidence Arising After Oral Arguments in Support of Plaintiff's Motions for

Preliminary Injunction is GRANTED.

It is HEREBY ORDERED that the Clerk of the Court enter the Notice of Evidence

Arising After Oral Arguments in Support of Plaintiff's Motions for Preliminary Injunction

attached as Exhibit A to the Motion for Leave To Submit Evidence Arising After Oral

Arguments in Support of Plaintiff's Motions for Preliminary Injunction.

SO ORDERED this _____ day of _____, 2007

                       BY THE COURT

                       By_____
                       Judge Sue L. Robinson
                       United States District Court Judge

**STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

I, Francis DiGiovanni, Esq., an attorney for plaintiff, hereby state that the parties attempted to reach an agreement on the matters set forth in PLAINTIFF'S MOTION FOR LEAVE TO FILE EVIDENCE ARISING AFTER ORAL ARGUMENTS IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION. Specifically, on July 5, 2007, Chad E. Nydegger, Esq., spoke with Adam Landa, Esq., and sought defendant's consent to the relief sought in the motion. Mr. Landa advised Mr. Nydegger that the defendants were unable to consent at that time.

Date:   July 5, 2007                          /s/ Francis DiGiovanni
                                              Francis DiGiovanni (#3189)

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN OPTICS, INC.<br>a Utah Corporation, | )<br>)<br>) | |
| Plaintiff, | )<br>) | Civil Action No.07-137 (SLR) |
| v. | )<br>)<br>) | |
| FGX INTERNATIONAL, INC.,<br>a Delaware  Corporation, | )<br>)<br>) | **CERTIFICATE OF SERVICE** |
| Defendant. | )<br>) | |

I, Francis DiGiovanni, hereby certify that on July 5, 2007, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Donald J. Detweiler, Esquire
Sandra G. M. Selzer, Esquire
**GREENBERG TRAURIG, LLP**
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*Attorney for Defendant*
  *FGX International Inc.*

I further certify that on July 5, 2007, I caused a copy of the foregoing to be served by hand delivery on the above-listed counsel of record and the following counsel in the manner indicated:

**FEDERAL EXPRESS**
Adam B. Landa, Esquire
**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, NY 10166

**FEDERAL EXPRESS**
Steven J. Wadyka, Jr., Esquire
**GREENBERG TRAURIG, LLP**
1750 Tysons Boulevard, 12th Floor
McLean, VA 22102

/s/ Francis DiGiovanni (#3189)
Francis DiGiovanni (#3189)

531648_1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN OPTICS, INC., a Utah Corporation, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FGX INTERNATIONAL, INC., a Delaware Corporation, | ) ) ) | Civil Action No.  1:07cv137 SLR |
| Defendant. | ) ) ) ) | |

**NOTICE OF EVIDENCE ARISING AFTER ORAL ARGUMENTS
IN SUPPORT OF PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION**

**CONNOLLY BOVE LODGE & HUTZ LLP**

R. ERIC HUTZ (#2702)
The Nemours Building
1007 N. Orange Street
P. O. Box 2702
Wilmington, DE 19899
Phone:  (302) 658-9141
Fax: (302) 658-5614
*Attorneys for Plaintiff*
        *SUN OPTICS, INC.*

<u>**OF COUNSEL**</u>
LARRY R. LAYCOCK
CHAD E. NYDEGGER
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Phone: (801) 533-9800

**DATE:** July 5, 2007

Sun Optics, Inc. ("Sun Optics") hereby submits supplemental evidence for the Court's consideration in ruling on Sun Optics's pending motions for preliminary injunction.

On May 18, 2007, the Court heard oral argument on Sun Optics's motions for preliminary injunction against FGX International, Inc. ("FGX"). At that hearing and in its briefs, FGX argued that Sun Optics is not being irreparably harmed because FGX's accused products do not compete directly with Sun Optics's patented products. FGX also argued that Sun Optics's allegation that FGX used accused products to lure the CVS account from Sun Optics was "absolutely positively unquestionably, indubitably false[.]" [May 18 Transcript, at 62:21-23.] The purpose of this Notice is to inform the Court of evidence arising after the hearing that contradicts these arguments made by FGX and further demonstrates the irreparable harm that Sun Optics is suffering as a result of FGX's ongoing infringement.

Attached hereto as Exhibit A is a copy of pages of the June 18 publication of *Vision Monday*, an optical trade journal. The Court will see that FGX placed a full one-page advertisement for its accused products that appears opposite to page 53 of the journal. This advertisement by FGX appears a few pages before Sun Optics's one-page advertisement, which appears opposite page 58 of the magazine, for Sun Optics's products sold in its patented display system.

This recent development is additional evidence of the aggressive campaign FGX is waging in direct competition with Sun Optics. FGX is using Sun Optics's patented designs and inventions against Sun Optics to obtain and expand its foothold in this market. This advertisement also contradicts FGX's representations and arguments to this Court that FGX's accused products do not compete directly with Sun Optics's patented products, and that FGX "has no intent of selling these products in Plaintiff's distribution network." [D.I. No. 20 (Memorandum in Opposition to Motion for Preliminary Injunction on design patents), at p. 21; *see also* D.I. No. 38 (Memorandum in Opposition

1

to Motion for Preliminary Injunction on utility patent), at p. 23 ("Plaintiff is defining the broadest possible market in an unwieldy attempt to cast FGX's Private Eyes as competition to its Clear Tube products.").]

Notable is the statement in the bottom left portion of FGX's advertisement seeking "Experienced Representatives needed for fast growing business." This is not a case where FGX is selling the accused products in its own stores so that money damages would be adequate to compensate Sun Optics for the infringing sales. Instead, FGX is using Sun Optics's patented designs and products to establish relationships with distributors and ultimately retail customers. No monetary value can be attached to these relationships. The loss of these relationships to Sun Optics is classic irreparable harm, as evidence by the attached advertisements.

Attached as Exhibit B is a photograph of FGX's clear tube products being sold in a CVS drugstore. Clearly, Sun Optics's representation to the Court that FGX used a clear tube product merchandised substantially vertically, whether marketed under the Private Eyes or some other brand, to undermine Sun Optics's attempts to sell its patented products to CVS is true and accurate. [Dkt. No. 24 (Plaintiff's Memorandum in Support of Its Motion for Preliminary Injunction), at pp. 14-15; Dkt No. 43 (Reply in Support of Motion for Preliminary Injunction), at p. 16; May 18, 2007 Transcript, at 31:19-35:14 and 73:20-77:19.] In so doing, FGX has precluded Sun Optics from developing a relationship with CVS, as Sun Optics was able to do with Rite Aid and displace some of FGX's product at Rite Aid. This, too, is classic irreparable harm. The Court will recall that FGX asserted that Sun Optics's allegations regarding loss of the CVS account to a FGX vertical clear tube product was false. [May 18, 2007 Transcript, at 62:2-63:25.] The foregoing evidence directly contradicts FGX's argument leading the Court to believe that FGX sells CVS "lots of readers and we do hang tags and we do it in horizontal displays and we do it in all kinds of cases that are not at issue in this case." [May 18, 2007 Transcript, at 63:4-9.]

Sun Optics respectfully requests the Court to enter the attached after-arising evidence into the record and to consider this evidence when ruling on Sun Optics's motions for preliminary injunction presently pending before the Court.

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ Francis DiGiovanni (#3189)
      R. Eric Hutz (#2702)
      The Nemours Building
      1007 N. Orange Street
      P. O. Box 2207
      Wilmington, DE 19899
      Telephone: (302) 658-9141
      *Attorneys for Plaintiff*
          *Sun Optics, Inc.*

**OF COUNSEL**:
LARRY R. LAYCOCK
CHAD E. NYDEGGER
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
*Attorneys for Plaintiff SUN OPTICS, INC.*

**DATE:** July 5, 2007
551046_1

3

# EXHIBIT A



**After finding buyers for ClearLab Unit, 1-800 Contacts agrees to merger.**

page **14**



NICK RULES for Back to School!
Call for details on our special offer!
NICKELODEON
800.292.4342
www.NouveauEyewear.com

# VisionMonday

www.visionmonday.com        JUNE 18, 2007        VOL. 21 NO. 7 $15

*Jobson* Medical Information LLC

**The Newsmagazine for the Eye Care Industry**



## Promoting 'Wellness'
## Eyecare's Next Big Challenge

  

  

The aging of the population, trends in managed health care and new eye health and vision care product technologies are bringing vision care to the forefront in the minds of patients, doctors and legislators. Combined with the prognosis for a higher number of of sight-endangering conditions, the climate is changing, with an opportunity for eyecare to take its place within the "wellness" framework of health care, a concept which is building momentum. See page 32.

ANNIVERSARY REPORT

### 20 Years of Change



**VM** looks at the changing business landscape for ECPs and retailers
**page 41**

NEWS ANALYSIS

### Industry copes with another solutions recall

Companies and ECPs discuss options with patients, some see boon for daily disposable CLs.

**page 8**

NEWS

• B&L signs $4.5B merger pact with Warburg Pincus but may get other suitors.  page 10

• Int'l Vision Expo show management sets '08 dates; releases audited attendance for Expo East.        page 16

• Emerging Vision to acquire The Optical Group.        page 18



*Created to be unforgettable*


CAZAL EYEWEAR

Eastern States Eyewear 800.645.3710, Ultra/Palm Optical 800.327.5186

 

Experienced Representatives needed for fast growing business.
Call 401-719-2107 for details.

QUANTUM OPTICS®

Quantum Optics, Inc.
A division of FGX International
Smithfield, RI 02917
800-426-6396  www.fgxi.com

© Quantum Optics, Inc. Private Eyes and Quantum Optics are registered trademarks of Quantum Optics, Inc., a division of FGX International

PRIVATE | EYES®

THE PERFECT READER PROGRAM
FOR THE EYE CARE PROFESSIONAL.









LAUNCHES

# Optima Launches 'Color Free' AR Treatment

STRATFORD, Conn.—Optima is introducing Color Free, a new AR treatment that eliminates the residual color cast of many AR lenses.

"AR color casts not only have a deleterious affect on lens cosmetics, they also reduce the transmission of light and provide less than optimum visual acuity," said Nicholas Nielelow, president and CEO of Optima. "Crucial to improving light transmission through an AR lens was to eliminate light-absorbing color casts. We accomplished this by using a totally new patented process for our AR lens treatment that does exactly that, and is totally devoid of color. With Color Free AR, Optima has created a lens so clear it appears virtually invisible to the wearer and the viewer."

According to Optima, Color Free AR allows 98.7 percent of light transmission compared to 98.2 percent transmission for most other AR lenses. The company noted that each tenth of a percent represents significant visual improvement to the eyeglass lens wearer. The wearer gains cosmetic advantages and benefits from "improved night vision, true color fidelity, better contrast sensitivity, reduced glare from back surface reflections, improved eye contact for better communication and reduced eye strain in work settings."

Color Free AR also features Optima's new flash process, CFT (Cryogenically Flash Treated), which is applied post-hydrophobic-oleophobic to provide a tighter molecular bond. The process makes the treatment more durable and repellent to exterior effects, according to Optima.

"Our proprietary CFT patent-pending process fills in the microscopic hills and valleys that make up the hydrophobic coating layer to create an ultra-smooth surface with the highest level of surface dirt and smudge resistance," said Nielelow. "With it, we achieve a hydrophobic coating that is one of the highest-rated, with a water contact rating of 123." After hydrophobic coating and CFT, the Bayer rating is 9.1, he added. The wearer benefits from lenses that stay clean longer and are effortless to maintain, with no "cleaning haze," cracking or crazing. Further performance enhancements include a hard coating that utilizes a thermally cured dip coating process which enhances durability and matches the coating and substrate to eliminate birefringence.

Color Free AR is exclusively available in Optima's Resolution polycarbonate lenses, which are made using Optima's exclusive birefringence-free manufacturing process and an aspheric, atoric lens design that enhances optical precision. The lenses can be ordered through wholesale labs and distributors nationwide.

> "With Color Free AR, Optima has created a lens so clear it appears virtually invisible, to the wearer and the viewer."
> —Nicholas Nielelow president and CEO of Optima

AR Lens "A"

AR Lens "B"

Color Free AR

## SECOND LOOK
## Signet Releases Kodak Precise Short

SAN MARCOS, Calif.— This month, Signet Armorlite is introducing the Kodak Precise Short progressive lens. Designed for small, fashionable frames, the lens gives wearers comfort, viewing and easy adaptation, according to Signet.

Kodak Precise Short has a fitting height of 13mm to 19mm. It is available in 1.67 High Index, InstaShades PolyClear (gray and brown), PolyClear and standard resin.

Kodak Precise Short continues Signet's use of Vision First Design. This technology allows patients to experience a smooth gradation of power, gentle binocular balance, broad field of view, and quick object recognition, Signet said. Direct Digital Surfacing ensures prescription accuracy is delivered from the designer's specs directly into the mold. With the combination of Vision First Design and Direct Digital Surfacing, Kodak Precise Short provides a visual experience comparable to a single vision lens, according to Signet.

All Kodak progressives, including Kodak Precise Short, are eligible for PracticePlus, Signet's ongoing support program designed to enhance the practice of independent eyecare professionals. Members receive funding, staff training, marketing expertise and technical assistance to ensure customer satisfaction and to promote a strong practice. ■




Kodak Precise Short Progressive
Standard Resin Scratch Resistant
Vision First Design®

## SECOND LOOK
## CZV Offers AO Easy in 1.67 Materials

SAN DIEGO—Carl Zeiss Vision (CZV) has released its AO Easy progressive lenses in 1.67 and 1.67 Transitions Gray high-index materials.

"AO Easy is now available in a comprehensive range of materials," said Steve Mitrakos, CZV's vice president of marketing. "This will be a significant benefit to the many eyecare professionals who use AO Easy as their primary progressive lens."

In addition to 1.67 and 1.67 Transitions lenses, AO Easy is available in polycarbonate and polycarbonate Transitions Gray, and hard resin and hard resin Transitions Gray and Brown and 1.6 clear. AO Easy is also available as AO Easy HD, which uses free-form manufacturing technology to customize the lens for the individual's total prescription. AO Easy HD is available in 1.67 and 1.67 Transitions Gray.

"Eyecare professionals appreciate AO Easy's combination of large central viewing areas and exceptionally low distortion and swim in the periphery," Mitrakos said. "They also appreciate the fact that AO Easy helps them increase their profitability with managed care patients through SOLA eRewards. Eyecare professionals who participate can earn $15 for every pair of AO Easy Lenses they order." ■

# RETAIL DISPENSARY

www.visionmonday.com

## SECOND LOOK

### Essilor Releases Varilux Eclipse 360°

DALLAS—Essilor of America (EOA) has released the Varilux Ellipse 360°, its latest, digitally-surfaced progressive lens.

"Varilux Ellipse is designed specifically for small frames and by combining with 360° Digital Surfacing, we are combining an award-winning short corridor design with the latest digital surfacing process," said Kim Schuy, Varilux brand manager. "This new product offers wider fields of vision, less distortion and improved acuity than other short corridor designs."

According to Essilor, the frontside design of a Varilux Ellipse 360° lens is now compiled with the back of the lens using proprietary software, known as Point-By-Point Prescription Mapping, to create an optimized back-side design. This optimized backside design is then applied with 360° Digital Surfacing, a patented manufacturing process.

360° Digital Surfacing maintains the integrity of the Varilux Ellipse lens design, which offers a wide viewing area, with 85 percent of power achieved at only 5.5mm. Varilux Ellipse lenses offer superior distance vision with a full 140° field of vision. The lenses are designed specifically for presbyopes wanting smaller, stylish frames that require a fitting height as low as 14 mm.

Varilux Ellipse 360° lenses are systematically available with Crizal, Crizal Alizé or Crizal Alizé with Clear Guard.

Also, Essilor is expanding its traditional Varilux Ellipse lens line, which is now available in Thin & Lite 1.60 in both clear and Transitions V in gray. ■



## EastWest
### Eye Conference

Cleveland Convention Center • October 4–7, 2007

- Premier Optometric Conference in the Midwest
- Home of the National Optometry Hall of Fame
- Over 250 hours of education for ODs, Opticians, Allied Eye Professionals

- Exhibit Hall with the latest and best presented by optometry's vendor friends
- Exclusive Friday Night Party at the Rock and Roll Hall of Fame
- Major sponsorship by Alcon, AMO, CIBA Vision, CooperVision, Diversified Ophthalmics, Vistakon

FOR REGISTRATION INFORMATION:
800-999-4939 • info@ooa.org • www.eastwestvc.org
EastWest Eye Conference • PO Box 6036 • Worthington, OH 43085

## SECOND LOOK

### McGee Introduces Kasey Kahne Prescription Eyewear Cross Licensed With NASCAR

MARIETTA, Ga.—The McGee Group presents the Kasey Kahne Prescription Eyewear Fast Track Collection cross-licensed with NASCAR.

The Fast Track Collection offers two race inspired styles: the stainless steel KK 09 and the acetate KK 11. Both feature aerodynamic temple designs and the Kasey Kahne signature number 9 or the temple tips. Each style is available in two colors, gunmetal and brown for the KK 09 and black and tortoise for the KK 11. Purchase the two style/four frame Fast Track Collection and includes a Kasey Kahne case.

Kasey Kahne Reserved Parking sign as a gift. Each frame in the Kasey Kahne Fast Track Collection also comes with a Kasey Kahne counter card as a POP plus a

The Kasey Kahne Prescription Eyewear Fast Track Collection cross licensed with NASCAR is priced to the dispenser at $42.95. ■

The KK 11.

The KK 09.

## SECOND LOOK

### Artoptic Adds Modern Beat to Uptempo

NEW YORK—Artoptic International is launching a contemporary new eyewear collection called Uptempo.

Four new styles in the Italian-designed line feature contemporary fashion colors and a youthful, clean look. Some feature open detailed design temples and endpieces; others feature popular semi-rimless looks and rectangular shapes.

The line's philosophy is "Contemporary Eyewear for the Rhythm of Life," geared to the younger trend eyewear customer. Uptempo is priced to the dispenser at $54.50. ■

Sleek shapes and open temple designs are part of the new Uptempo from Artoptic Int'l.



## SECOND LOOK

### OGI Presents New Styles in Three Collections

MINNEAPOLIS—OGI introduces new styles in their Compression Mount Rimless, Titanium and Prime Metal collections.

InCompression Mount Rimless, OGI adds five models for individuals seeking lightweight styles with a sophisticated look. These combination frames feature metal fronts and plastic textured temples in a variety of colors with adjustable nosepads.

Ten new frames have been added to OGI's Titanium Collection for high-quality, tailored frames with unique styling. Playful elements such as insets, die cuts, engravings and painted patterns give these new additions an innovative feel. They also feature intense color combinations and popular shapes.

OGI has introduced five new Prime Metal frames for customers who desire great design loaded with personality. These models are made of premium materials for the highest product quality.

These new additions to OGI's collections are priced to the dispenser between $75 and $125. ■

Models 9029 and 5030 from OGI's Titanium Collection.

A display system as innovative as our reading glasses.

## I.LINE

### The Original, Patented ClearCase System™

First, we rethought how reading glasses should look. Then we rethought how you sell them. Presenting the next generation of I. Line readers and the patented ClearCase System™ that makes selling them easy. For more information or to place an order contact one of our distributors:

IMAGEWEAR
800.414.7656

INTERSTATE OPTICAL CO., INC.
419.529.6800

JEMERA, INC. CENTRAL OPTICAL
330.783.9660

KASPEREK OPTICAL, INC.
800.288.2700

LENSTECH OPTICAL LABORATORY
317.882.1249

MIDLAND OPTICAL
800.325.3176

PRECISION OPTICAL CO.
860.289.6023

VISION CRAFT INC.
248.669.1130

ZYLOWARE CORPORATION
800.765.3700



**EXHIBIT B**

