IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07cv137 SLR |
| FGX INTERNATIONAL, INC., a Delaware Corporation, | ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

**CONNOLLY BOVE LODGE & HUTZ, LLP**

R. ERIC HUTZ (#2702)
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
Phone: (302) 658-9141
Fax: (302) 658-5614
*Attorneys for Plaintiff*
　　*SUN OPTICS, INC.*

<u>**OF COUNSEL**</u>
LARRY R. LAYCOCK
CHAD E. NYDEGGER
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Phone: (801) 533-9800

**DATE:** August 22, 2007

Notice is hereby given that pursuant to 28 U.S.C. § 1292(c)(1), Plaintiff Sun Optics, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's Order dated August 2, 2007 (D.I. 56) denying Sun Optics's Motions for Preliminary Injunction (D.I. 2 & 23) in this action and from all rulings relating to the motions for preliminary injunction that underlie the holding in that Order.

DATED this 22nd day of August, 2007.

                Respectfully submitted,

                **CONNOLLY BOVE LODGE & HUTZ, LLP**

       By:    /s/ R. Eric Hutz
               R. Eric Hutz (#2702)
               The Nemours Building
               1007 N. Orange Street
               P. O. Box 2207
               Wilmington, DE 19899
               Telephone: (302) 658-9141
               Fax: (302) 658-5614
               *Attorneys for Plaintiff*
                 *SUN OPTICS, INC.*

**OF COUNSEL**:
LARRY R. LAYCOCK
CHAD E. NYDEGGER
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
*Attorneys for Plaintiff SUN OPTICS, INC.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN OPTICS, INC. <br> a Utah Corporation, <br><br> Plaintiff, <br><br> v. <br><br> FGX INTERNATIONAL, INC., <br> a Delaware Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.07-137 (SLR) <br><br><br> **CERTIFICATE OF SERVICE** |

I, R. Eric Hutz, hereby certify that on August 22, 2007, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Donald J. Detweiler, Esquire
> Sandra G. M. Selzer, Esquire
> **GREENBERG TRAURIG, LLP**
> The Nemours Building
> 1007 North Orange Street, Suite 1200
> Wilmington, DE 19801
> *Attorney for Defendant*
>   *FGX International Inc.*

I further certify that on August 22, 2007, I caused a copy of the foregoing to be served by hand delivery on the above-listed counsel of record and the following counsel in the manner indicated:

| **FEDERAL EXPRESS** <br> Adam B. Landa, Esquire <br> **GREENBERG TRAURIG, LLP** <br> 200 Park Avenue <br> New York, NY 10166 | **FEDERAL EXPRESS** <br> Steven J. Wadyka, Jr., Esquire <br> **GREENBERG TRAURIG, LLP** <br> 1750 Tysons Boulevard, 12th Floor <br> McLean, VA 22102 |
|---|---|

/s/ *R. Eric Hutz*
R. Eric Hutz (#2702)