# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FGX INTERNATIONAL, INC., a Delaware )<br>Corporation, )<br>)<br>Defendant. ) | Civil Action No. 1:07cv137 SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS; and PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS were served as follows on August 27, 2007:

**HAND DELIVERED**
Donald J. Detweiler, Esquire
Sandra G. M. Selzer, Esquire
**GREENBERG TRAURIG, LLP**
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**FEDERAL EXPRESS**
Adam B. Landa, Esquire
**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, NY 10166

**FEDERAL EXPRESS**
Steven J. Wadyka, Jr., Esquire
**GREENBERG TRAURIG, LLP**
1750 Tysons Boulevard, 12th Floor
McLean, VA 22102

Respectfully submitted

**CONNOLLY BOVE LODGE & HUTZ, LLP**

By: /s/ R. Eric Hutz (#2702)
R. Eric Hutz (#2702)
The Nemours Building
1007 N. Orange Street, P. O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
*Attorneys for Plaintiff Sun Optics, Inc.*

**OF COUNSEL**:
LARRY R. LAYCOCK
CHAD E. NYDEGGER
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
*Attorneys for Plaintiff*
  *Sun Optics, Inc.*

**DATE:** August 28, 2007

560817_1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN OPTICS, INC. | ) | |
| a Utah Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.07-137 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| FGX INTERNATIONAL, INC., | ) | **CERTIFICATE OF SERVICE** |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

    I, R. Eric Hutz, hereby certify that on August 28, 2007, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Donald J. Detweiler, Esquire
> Sandra G. M. Selzer, Esquire
> **GREENBERG TRAURIG, LLP**
> The Nemours Building
> 1007 North Orange Street, Suite 1200
> Wilmington, DE 19801
> *Attorney for Defendant*
>   *FGX International Inc.*

    I further certify that on August 28, 2007, I caused a copy of the foregoing to be served by hand delivery on the above-listed counsel of record and the following counsel in the manner indicated:

**FEDERAL EXPRESS**
Adam B. Landa, Esquire
**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, NY 10166

**FEDERAL EXPRESS**
Steven J. Wadyka, Jr., Esquire
**GREENBERG TRAURIG, LLP**
1750 Tysons Boulevard, 12th Floor
McLean, VA 22102

        /s/ R. Eric Hutz (#2702)
        R. Eric Hutz (#2702)