IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> FGX INTERNATIONAL INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 07-137-SLR <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that true and correct copies of the *Initial Disclosures* were served on August 31, 2007 upon the following persons in the manner indicated.

*Via Hand Delivery*
R. Eric Hutz, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801

*Via U.S. Mail*
Chad E. Nydegger
Larry R. Laycock
Workman Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Dated: August 31, 2007

**GREENBERG TRAURIG, LLP**

By: _____
Donald J. Detweiler (I.D. #3087)
Sandra G. M. Selzer (I.D. #4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000

*Attorneys for FGX International Inc.*

DEL 86193103v1 8/31/2007