IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FGX INTERNATIONAL, INC., a Delaware Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07cv137 SLR |

**NOTICE OF SERVICE**

  PLEASE TAKE NOTICE that true and correct copies of PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURES was served as follows on August 30, 2007:

**EMAIL AND HAND DELIVERED**
Donald J. Detweiler, Esquire
Sandra G. M. Selzer, Esquire
**GREENBERG TRAURIG, LLP**
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

| | |
|---|---|
| **EMAIL AND FEDERAL EXPRESS**<br>Adam B. Landa, Esquire<br>**GREENBERG TRAURIG, LLP**<br>200 Park Avenue<br>New York, NY 10166 | **EMAIL AND FEDERAL EXPRESS**<br>Steven J. Wadyka, Jr., Esquire<br>**GREENBERG TRAURIG, LLP**<br>1750 Tysons Boulevard, 12th Floor<br>McLean, VA 22102 |

        Respectfully submitted

        **CONNOLLY BOVE LODGE & HUTZ, LLP**

  By: /s/ R. Eric Hutz (#2702)
     R. Eric Hutz (#2702)
     The Nemours Building
     1007 N. Orange Street, P. O. Box 2207
     Wilmington, DE 19899
     Telephone: (302) 658-9141
     *Attorneys for Plaintiff Sun Optics, Inc.*

**OF COUNSEL**:
LARRY R. LAYCOCK
CHAD E. NYDEGGER
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
*Attorneys for Plaintiff
   Sun Optics, Inc.*

**DATE:** August 31, 2007

560817_1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN OPTICS, INC. a Utah Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.07-137 (SLR) |
| v. | ) ) | |
| FGX INTERNATIONAL, INC., a Delaware Corporation, | ) ) ) ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) | |

    I, R. Eric Hutz, hereby certify that on August 31, 2007, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

                Donald J. Detweiler, Esquire
                Sandra G. M. Selzer, Esquire
                **GREENBERG TRAURIG, LLP**
                The Nemours Building
                1007 North Orange Street, Suite 1200
                Wilmington, DE 19801
                *Attorney for Defendant*
                  *FGX International Inc.*

    I further certify that on August 31, 2007, I caused a copy of the foregoing to be served by hand delivery on the above-listed counsel of record and the following counsel in the manner indicated:

| **FEDERAL EXPRESS** | **FEDERAL EXPRESS** |
|---|---|
| Adam B. Landa, Esquire | Steven J. Wadyka, Jr., Esquire |
| **GREENBERG TRAURIG, LLP** | **GREENBERG TRAURIG, LLP** |
| 200 Park Avenue | 1750 Tysons Boulevard, 12th Floor |
| New York, NY 10166 | McLean, VA 22102 |

                                    /s/ R. Eric Hutz (#2702)
                                    R. Eric Hutz (#2702)