IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FGX INTERNATIONAL, INC., a Delaware ) <br> Corporation, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. 1:07cv137 SLR |

### STATEMENT OF COMPLIANCE

Defendant FGX International, Inc. ("FGX") hereby files this Statement of Compliance pursuant to paragraph 7 of the United States District Court for the District of Delaware's Default Standard for Discovery of Electronic Documents.

FGX's retention coordinators have taken steps to ensure that e-mail of identified custodians shall not be permanently deleted in the ordinary course of business and that electronic documents maintained by the individual custodians shall not be altered.

Dated: September 11, 2007

Respectfully submitted,

Donald J. Detweiler (No. 3087)
Sandra G. M. Selzer (No. 4283)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

Attorneys for FGX International, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-137-SLR |
| ) | |
| FGX INTERNATIONAL INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Donald J. Detweiler, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for FGX International, Inc. and hereby certify that on the 11th day of September 2007, I caused copies of the *Statement of Compliance* to be served upon the parties listed below via First Class, United States Mail.

R. Eric Hutz, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801

Chad E. Nydegger
Larry R. Laycock
Workman Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Dated: September 11, 2007

**GREENBERG TRAURIG, LLP**

Donald J. Detweiler (No. 3087)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
302-661-7000