IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FGX INTERNATIONAL, INC., a Delaware )<br>Corporation, )<br>)<br>Defendant. ) | Civil Action No. 1:07cv137 SLR |

## SUN OPTICS, INC.'S STATEMENT OF COMPLIANCE WITH THE COURT'S ELECTRONIC DISCOVERY PROCEDURES

In accordance with the District Court of Delaware's Default Standard for Discovery of Electronic Documents, Sun Optics, Inc. hereby certifies that it is in compliance with the document retention procedures set forth in Paragraph 7 of the Default Standards for Discovery of Electronic Documents.

Respectfully submitted

**CONNOLLY BOVE LODGE & HUTZ, LLP**

By:  /s/ R. Eric Hutz
R. Eric Hutz (#2702)
The Nemours Building
1007 N. Orange Street, P. O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
*Attorneys for Plaintiff Sun Optics, Inc.*

Of Counsel:
Larry R. Laycock
Chad E. Nydegger
Workman | Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
*Attorneys for Plaintiff*
   *Sun Optics, Inc.*

## CERTIFICATE OF SERVICE

I, R. Eric Hutz, hereby certify that on September 11, 2007, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Donald J. Detweiler, Esquire
> Sandra G. M. Selzer, Esquire
> **GREENBERG TRAURIG, LLP**
> The Nemours Building
> 1007 North Orange Street, Suite 1200
> Wilmington, DE 19801
> *Attorney for Defendant*
>   *FGX International Inc.*

I further certify that on September 11, 2007, I caused a copy of the foregoing to be served by first class mail on the above-listed counsel of record and the following counsel:

| **FIRST CLASS MAIL** <br> Adam B. Landa, Esquire <br> **GREENBERG TRAURIG, LLP** <br> 200 Park Avenue <br> New York, NY 10166 | **FIRST CLASS MAIL** <br> Steven J. Wadyka, Jr., Esquire <br> **GREENBERG TRAURIG, LLP** <br> 1750 Tysons Boulevard, 12th Floor <br> McLean, VA 22102 |
|---|---|

/s/ R. Eric Hutz
R. Eric Hutz (#2702)