# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

R. ERIC HUTZ

TEL (302) 658 9141
FAX (302) 658 5614
EMAIL ehutz@cblh.com
REPLY To Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

October 11, 2007

**HAND DELIVERED**
Clerk of the Court
U.S. District Court for the District of Delaware
844 North King Street
Room 4209, Lock Box 18
Wilmington, DE 19801

    Re:    Sun Optics, Inc. v. FGX International, Inc.
            (C.A. No. 07-137 (SLR))

Dear Sir or Madam:

    Please be advised the undersigned recently learned that Docket Item No. 47, the May 17, 2007 Declaration of Bruce Raile, was inadvertently filed without Exhibits A and B that were referenced in the Declaration. The Declaration and Exhibits A and B were submitted to the Court by hand during the May 18, 2007 oral argument on Plaintiff's motion for a preliminary injunction and subsequently filed with the Clerk without the exhibits. Pursuant to a discussion with Judge Robinson's clerk earlier today, this letter is to advise you of the error and inform you that we will be e-filing the exhibits and linking them to Docket Item No. 47.

    Please let me know if there are any questions and I apologize for any inconvenience this inadvertent error has caused.

                                      Very truly yours,

                                      R. Eric Hutz

REH/evs
cc:    Judge Chief Judge Sue L. Robinson (By Hand)
        Donald J. Detweiler, Esquire (By Hand and Electronics Means)
        Sandra G.M. Selzer, Esquire (By Hand and Electronics Means)
        Adam B. Landa, Esquire (By Federal Express)
        Steven J. Wadyka, Jr., Esquire (By Federal Express)
        Chad E. Nydegger, Esquire (By Electronics Means)

569780_1