## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN OPTICS, INC. <br> a Utah Corporation, | ) <br> ) <br> ) | |
|     Plaintiff, | ) <br> ) | Civil Action No.07-137 (SLR) |
| v. | ) <br> ) | |
| FGX INTERNATIONAL, INC., <br> a Delaware Corporation, | ) <br> ) <br> ) | |
|     Defendant. | ) | |

### EXHIBITS A AND B TO
### MAY 17, 2007 DECLARATION OF BRUCE RAILE

Respectfully submitted

**CONNOLLY BOVE LODGE & HUTZ, LLP**

By:  /s/ R. Eric Hutz (#2702)
R. Eric Hutz (#2702)
The Nemours Building
1007 N. Orange Street, P. O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
*Attorneys for Plaintiff Sun Optics, Inc.*

<u>OF COUNSEL</u>:
LARRY R. LAYCOCK
CHAD E. NYDEGGER
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
*Attorneys for Plaintiff*
  *Sun Optics, Inc.*

# EXHIBIT A
## To
## Declaration of Bruce Raile
## Dated: May 17, 2007
## (D. I. 47)



# EXHIBIT B
To
Declaration of Bruce Raile
Dated: May 17, 2007
(D. I. 47)

| | |
|---|---|
| **From:** | Donna Shuler [dshuler@riteaid.com] |
| **Sent:** | Tuesday, March 16, 2004 4:36 PM |
| **To:** | Aaron Knight |
| **Cc:** | acramer@riteaid.com |
| **Subject:** | RE: Convert from crystal clear tubes to clear top/colored bottom tubes in May |

Move forward with the change!
Thanks

-----Original Message-----
From: Aaron Knight [mailto:AKnight@InsightEyeworks.com]
Sent: Tuesday, March 16, 2004 3:11 PM
To: 'Donna Shuler'
Subject: RE: Convert from crystal clear tubes to clear top/colored bottom tubes in May

you are correct. the only thing changing is the tube.

Thanks,

Aaron

From: Donna Shuler [mailto:dshuler@riteaid.com]
Sent: Tuesday, March 16, 2004 12:43 PM
To: Aaron Knight
Subject: RE: Convert from crystal clear tubes to clear top/colored bottom tubes in May

I do not want to hold up any decision making!

If you are telling me that the glass and the upc are staying the same, the only thing changing is the tube go ahead and make the change.

Please confirm and we will move on.
Thanks

-----Original Message-----
From: Aaron Knight [mailto:AKnight@InsightEyeworks.com]
Sent: Monday, March 15, 2004 4:56 PM
To: 'Donna Shuler'
Subject: RE: Convert from crystal clear tubes to clear top/colored bottom tubes in May

1

when would be a good time to discuss?

To help visualize, I've included a couple of photos of the following:
A tray with crystal clear tubes (now), a tray with both crystal clear and clear top/color bottom tubes (interim) and a tray with all color bottomed tubes (future).

As you can see from the photos, that the interim view of both crystal clear and clear top tubes in the same tray does not distract from the display, it actually increases look and feel. The plan would be to place the existing styles in corresponding colored tubes rather than crystal clear tubes in replenishment orders going out in May and beyond. (as far as the system is concerned, nothing changes because all item numbers remain the same)

I'm at a cross roads where I either need to purchase additional Crystal Clear tubes or I need to purchase the clear top/colored bottom tubes. Because I buy in such quantities, I'd rather not have to purchase any more Crystal Clear tubes if I can help it, because it will take quite some time to sell through them and I'd rather give your customers the next best thing on the market which is the clear top/colored bottom tube now rather than waiting.

Let me know when might be a good opportunity to discuss.

Thanks!!!

Talk to you soon.

Aaron



From: Donna Shuler [mailto:dshuler@riteaid.com]
Sent: Thursday, March 11, 2004 9:07 AM
To: Aaron Knight
Cc: acramer@riteaid.com
Subject: RE: Convert from crystal clear tubes to clear top/colored bottom tubes in May


We need to discuss first before I make a decision.

-----Original Message-----
From: Aaron Knight [mailto:AKnight@InsightEyeworks.com]
Sent: Tuesday, March 09, 2004 7:41 PM
To: 'Donna Shuler'

2

Subject: Convert from crystal clear tubes to clear top/colored bottom tubes in May

Donna,

You have now seen our new clear top/colored bottom tubes and I think the general consensus is that we all love them. How would you feel about me converting out the crystal clear tubes with the new clear top/colored bottom tubes in May with our replenishment orders? Meaning in May, when I sell a reading glass with a crystal clear case I replenish it with the same reading glass, only a reading glass in the upgraded tube. I think the updated tubes will enhance the look of the display as well as increase sales.

Let me know what you think and I'll call you to discuss.

Thanks in advance!

Aaron Knight

Director of Account Management
Sun Optics / Insight Eyeworks
1785 S. 4490 W.
Salt Lake City, UT  84104
800-597-9936  X139
Cell: 801-635-6742
aknight@insighteyeworks.com

---

Disclaimer: This e-mail message is intended only for the personal use of

the recipient(s) named above.  If you are not an intended recipient, you

may not review, copy or distribute this message. If you have received this

communication in error, please notify us immediately by e-mail and delete

the original message.

This e-mail expresses views only of the sender, which are not to be

attributed to Rite Aid Corporation and may not be copied or distributed

without this statement.

3

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN OPTICS, INC. <br> a Utah Corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Civil Action No.07-137 (SLR) |
| v. | ) <br> ) | |
| FGX INTERNATIONAL, INC., <br> a Delaware Corporation, | ) <br> ) <br> ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) | |

    I, R. Eric Hutz, hereby certify that on October 11, 2007, I caused to be electronically filed a true and correct copy of Exhibits A and B to the May 17, 2007 Declaration of Bruce Raile with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

        Donald J. Detweiler, Esquire
        Sandra G. M. Selzer, Esquire
        **GREENBERG TRAURIG, LLP**
        The Nemours Building
        1007 North Orange Street, Suite 1200
        Wilmington, DE 19801
        *Attorney for Defendant*
          *FGX International Inc.*

I further certify that on October 11, 2007, I caused a copy of the foregoing to be served by hand delivery on the above-listed counsel of record and the following counsel in the manner indicated:

| **FEDERAL EXPRESS** | **FEDERAL EXPRESS** |
|---|---|
| Adam B. Landa, Esquire | Steven J. Wadyka, Jr., Esquire |
| **GREENBERG TRAURIG, LLP** | **GREENBERG TRAURIG, LLP** |
| 200 Park Avenue | 1750 Tysons Boulevard, 12th Floor |
| New York, NY 10166 | McLean, VA 22102 |

                                  */s/ R. Eric Hutz* (I.D. 2702)

531648_1