IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-137-SLR |
| | ) |
| FGX INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that true and correct copies of the following were served on September 27, 2007 upon the following persons via Electronic Mail.

- Defendant's Responses and Objection to Plaintiff's First Set of Interrogatories
- Defendant's Responses and Objection to Plaintiff's First Set of Requests for Production

| | |
|---|---|
| R. Eric Hutz, Esq. | Chad E. Nydegger |
| Connolly Bove Lodge & Hutz, LLP | Larry R. Laycock |
| The Nemours Building | Workman Nydegger |
| 1007 North Orange Street | 1000 Eagle Gate Tower |
| Wilmington, Delaware 19801 | 60 East South Temple |
| | Salt Lake City, UT 84111 |

Dated: October 16, 2007

**GREENBERG TAURIG, LLP**

By:   /s/ Donald J. Detweiler
     Donald J. Detweiler (I.D. #3087)
     Sandra G. M. Selzer (I.D. #4283)
     The Nemours Building
     1007 North Orange Street, Suite 1200
     Wilmington, Delaware 19801
     302-661-7000

*Attorneys for FGX International Inc.*