# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:07cv137 SLR |
| FGX INTERNATIONAL, INC., a Delaware Corporation, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS and PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES were served as follows on October 29, 2007:

| **HAND DELIVERED** | **FEDERAL EXPRESS** | **FEDERAL EXPRESS** |
|---|---|---|
| Donald J. Detweiler | Adam B. Landa | Steven J. Wadyka, Jr. |
| Sandra G. M. Selzer | GREENBERG TRAURIG, LLP | GREENBERG TRAURIG, LLP |
| GREENBERG TRAURIG, LLP | 200 Park Avenue | 1750 Tysons Boulevard, |
| The Nemours Building | New York, NY 10166 | 12th Floor |
| 1007 N. Orange St., Suite 1200 | | McLean, VA 22102 |
| Wilmington, DE 19801 | | |

Respectfully submitted

**CONNOLLY BOVE LODGE & HUTZ, LLP**

By:   /s/ R. Eric Hutz (#2702)
R. Eric Hutz (#2702)
The Nemours Building
1007 N. Orange Street, P. O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
*Attorneys for Plaintiff,*
  *Sun Optics, Inc.*

**OF COUNSEL**:
LARRY R. LAYCOCK
CHAD E. NYDEGGER
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
*Attorneys for Plaintiff*
   *Sun Optics, Inc.*

**DATE:** October 30, 2007

573121_1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation,           )<br>                                                                        )<br>        Plaintiff,                                             )<br>                                                                        )<br>v.                                                                    )     Civil Action No.  1:07cv137 SLR<br>                                                                        )<br>FGX INTERNATIONAL, INC., a Delaware   )     **CERTIFICATE OF SERVICE**<br>Corporation,                                                )<br>                                                                        )<br>        Defendant.                                         ) | |

    I, R. Eric Hutz, hereby certify that on October 30, 2007, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Donald J. Detweiler, Esquire
> Sandra G. M. Selzer, Esquire
> **GREENBERG TRAURIG, LLP**
> The Nemours Building
> 1007 North Orange Street, Suite 1200
> Wilmington, DE 19801
> *Attorney for Defendant*
>   *FGX International Inc.*

    I further certify that on October 30, 2007, I caused a copy of the foregoing to be served by hand delivery on the above-listed counsel of record and the following counsel in the manner indicated:

**FEDERAL EXPRESS**
Adam B. Landa, Esquire
**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, NY 10166

**FEDERAL EXPRESS**
Steven J. Wadyka, Jr., Esquire
**GREENBERG TRAURIG, LLP**
1750 Tysons Boulevard, 12th Floor
McLean, VA 22102

    /s/ R. Eric Hutz (#2702)
    R. Eric Hutz (#2702)