IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-137-SLR |
| | ) |
| FGX INTERNATIONAL, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 31st day of October, 2007, plaintiff having filed a motion for preliminary injunction on October 26, 2007 (D.I. 80);

IT IS ORDERED that a telephonic status conference regarding said motion shall be held on **Wednesday, November 14, 2007**, at 9:00 a.m. Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge