IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FGX INTERNATIONAL, INC., a Delaware )<br>Corporation, )<br>)<br>Defendant. ) | Civil Action No. 1:07cv137 SLR |

## JOINT MOTION FOR A 60-DAY STAY TO ALLOW THE PARTIES TO PURSUE SETTLEMENT DISCUSSIONS

**CONNOLLY BOVE LODGE & HUTZ LLP**
R. Eric Hutz (#2702)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141

**GREENBERG TRAURIG, LLP**
Donald J. Detweiler (#3087)
Sandra G. M. Selzer (#4283)
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

OF COUNSEL:

**WORKMAN | NYDEGGER**
Larry R. Laycock
Chad E. Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
*Attorneys for Plaintiff*
  *Sun Optics, Inc.*

OF COUNSEL:

**GREENBERG TRAURIG, LLP**
Adam B. Landa
Rachel Izower
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
*Attorneys for Defendant*
  *FGX International, Inc.*

**DATE:** November 2, 2007

Sun Optics, Inc. ("Sun Optics") and FGX International, Inc. ("FGX") hereby move the Court for an order staying the above-captioned case for 60 days. The reason for this motion is that the parties are currently engaged in settlement negotiations and are hopeful that an agreement settling the claims and defenses raised by the parties can be reached. Consequently, to avoid wasting the time and resources of the Court and of the parties, the parties move the Court to extend all dates set forth in the Scheduling Order (D.I. 68) by 60 days. A proposed order is filed simultaneously herewith.

Respectfully submitted this 2nd day of November, 2006.

By: /s/ R. Eric Hutz

**CONNOLLY BOVE LODGE & HUTZ, LLP**
R. Eric Hutz (#2702)
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141

**OF COUNSEL:**
**WORKMAN | NYDEGGER**
Larry R. Laycock
Chad E. Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

*Attorneys for Plaintiff*
  *Sun Optics, Inc.*

By: /s/

**GREENBERG TRAURIG, LLP**
Donald J. Detweiler (#3087)
Sandra G. M. Selzer (#4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

**OF COUNSEL:**
**GREENBERG TRAURIG, LLP**
Adam B. Landa
Rachel Izower
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200

*Attorneys for Defendant*
  *FGX International, Inc.*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC.<br>a Utah Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FGX INTERNATIONAL, INC.,<br>a Delaware Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)  Civil Action No.07-137 (SLR)<br>)<br>)<br>)<br>)  **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>) |

    I, R. Eric Hutz, hereby certify that on November 2, 2007, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

        Donald J. Detweiler, Esquire
        Sandra G. M. Selzer, Esquire
        **GREENBERG TRAURIG, LLP**
        The Nemours Building
        1007 North Orange Street, Suite 1200
        Wilmington, DE 19801
        *Attorney for Defendant*
          *FGX International Inc.*

    I further certify that on November 2, 2007, I caused a copy of the foregoing to be served by hand delivery on the above-listed counsel of record and the following counsel in the manner indicated:

| | |
|---|---|
| **FEDERAL EXPRESS**<br>Adam B. Landa, Esquire<br>**GREENBERG TRAURIG, LLP**<br>200 Park Avenue<br>New York, NY 10166 | **FEDERAL EXPRESS**<br>Steven J. Wadyka, Jr., Esquire<br>**GREENBERG TRAURIG, LLP**<br>1750 Tysons Boulevard, 12th Floor<br>McLean, VA 22102 |

                                        /s/ R. Eric Hutz (I.D. 2702)

531648_1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.  1:07cv137 SLR |
| FGX INTERNATIONAL, INC., a Delaware Corporation, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR A 60-DAY STAY TO ALLOW THE PARTIES TO PURSUE SETTLEMENT DISCUSSIONS

The Court, having considered the parties' Joint Motion for a 60-Day Stay to Allow the Parties to Pursue Settlement Discussions, and for good cause appearing therefore, the Motion is GRANTED.  Each of the pending dates in the Scheduling Order (D.I. 68) is hereby extended by 60 days.

So Ordered this _____ day of _____, 2007.

_____
The Honorable Judge Sue L. Robinson