IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:07cv137 SLR |
| FGX INTERNATIONAL, INC., a Delaware Corporation, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW ITS
MOTION FOR PRELIMINARY INJUNCTION ON DEFENDANT'S
NEW ACCUSED PRODUCTS**

CONNOLLY BOVE LODGE & HUTZ LLP
R. Eric Hutz (#2702)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
*Attorneys for Plaintiff*
 *Sun Optics, Inc.*

OF COUNSEL:

WORKMAN | NYDEGGER
Larry R. Laycock
Chad E. Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

DATE: November 2, 2007

Sun Optics, Inc. ("Sun Optics") hereby moves the Court to dismiss Plaintiff's Motion for a Preliminary Injunction on Defendant's New Accused Products ("Motion for Preliminary Injunction") without prejudice.

On October 26, 2007, Sun Optics filed the Motion for Preliminary Injunction requesting the Court to enter an Order preliminarily enjoining Defendant FGX International, Inc. ("FGX") from making, using, selling, offering to sell or importing products referred to by the parties as the "CVS displays," or any colorable imitation thereof, accused of infringing at least claim 1 of U.S. Patent No. 7,188,739 (the "'739 patent"). (D.I. 80). Since filing the Motion for Preliminary Injunction, Sun Optics and FGX have opened a dialog and are currently engaged in substantive settlement negotiations. In light of these settlement negotiations, the parties are filing a joint motion for a 60-day stay of this case concurrently with the present motion. To facilitate the negotiation process by alleviating the need for FGX to respond to the pending Motion for Preliminary Injunction. Sun Optics hereby moves to withdraw its pending Motion for Preliminary Injunction without prejudice. Sun Optics specifically reserves the right to re-file its Motion for Preliminary Injunction should the parties be unsuccessful in settling this case during the requested 60-day stay.

Pursuant to Local Rule 7.1.1, Plaintiff has discussed the present Motion to Withdraw with counsel for FGX. Plaintiff understands that FGX consents to this motion.

A proposed Order is submitted herewith.

                    Respectfully submitted

                    **CONNOLLY BOVE LODGE & HUTZ, LLP**

By:   /s/ R. Eric Hutz (#2702)
       R. Eric Hutz (#2702)
       The Nemours Building
       1007 N. Orange Street, P.O. Box 2207
       Wilmington, DE 19899
       Telephone: (302) 658-9141
       *Attorneys for Plaintiff*
        *Sun Optics, Inc.*

**OF COUNSEL**:

LARRY R. LAYCOCK
CHAD E. NYDEGGER
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

**DATE:** November 2, 2007
560817_1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN OPTICS, INC. <br> a Utah Corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Civil Action No.07-137 (SLR) |
| v. | ) <br> ) <br> ) | |
| FGX INTERNATIONAL, INC., <br> a Delaware Corporation, | ) <br> ) <br> ) <br> ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) | |

  I, R. Eric Hutz, hereby certify that on November 2, 2007, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Donald J. Detweiler, Esquire
> Sandra G. M. Selzer, Esquire
> **GREENBERG TRAURIG, LLP**
> The Nemours Building
> 1007 North Orange Street, Suite 1200
> Wilmington, DE 19801
> *Attorney for Defendant*
>  *FGX International Inc.*

I further certify that on November 2, 2007, I caused a copy of the foregoing to be served by hand delivery on the above-listed counsel of record and the following counsel in the manner indicated:

**FEDERAL EXPRESS**
Adam B. Landa, Esquire
**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, NY 10166

**FEDERAL EXPRESS**
Steven J. Wadyka, Jr., Esquire
**GREENBERG TRAURIG, LLP**
1750 Tysons Boulevard, 12th Floor
McLean, VA 22102

           */s/ R. Eric Hutz* (I.D. 2702)

531648_1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:07cv137 SLR |
| FGX INTERNATIONAL, INC., a Delaware ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION FOR PRELIMINARY INJUNCTION ON DEFENDANT'S NEW ACCUSED PRODUCTS

The Court, having considered the Plaintiff's Unopposed Motion to Withdraw Its Motion for Preliminary Injunction on Defendant's New Accused Products, and for good cause appearing therefore, the Motion is GRANTED. Plaintiff's Motion for Preliminary Injunction (D.I. 80) is hereby dismissed without prejudice.

So Ordered this _____ day of _____, 2007.

_____
The Honorable Judge Sue L. Robinson