IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 1:07cv137 SLR |
| FGX INTERNATIONAL, INC., a Delaware Corporation, | ) ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION FOR PRELIMINARY INJUNCTION ON DEFENDANT'S NEW ACCUSED PRODUCTS**

The Court, having considered the Plaintiff's Unopposed Motion to Withdraw Its Motion for Preliminary Injunction on Defendant's New Accused Products, and for good cause appearing therefore, the Motion is GRANTED. Plaintiff's Motion for Preliminary Injunction (D.I. 80) is hereby dismissed without prejudice.

So Ordered this 14th day of November, 2007.

_____
The Honorable Judge Sue L. Robinson