IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FGX INTERNATIONAL, INC., a Delaware )<br>Corporation, )<br>)<br>Defendant. ) | Civil Action No. 1:07cv137 SLR |

**JOINT MOTION FOR A 60-DAY STAY TO ALLOW THE
PARTIES TO CONTINUE SETTLEMENT DISCUSSIONS**

**CONNOLLY BOVE LODGE
  & HUTZ LLP**
R. Eric Hutz (#2702)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141

<u>OF COUNSEL:</u>

**WORKMAN│NYDEGGER**
Larry R. Laycock
Chad E. Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
*Attorneys for Plaintiff
  Sun Optics, Inc.*

**GREENBERG TRAURIG, LLP**
Donald J. Detweiler (#3087)
Sandra G. M. Selzer (#4283)
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

<u>OF COUNSEL:</u>

**GREENBERG TRAURIG, LLP**
Adam B. Landa
Rachel Izower
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
*Attorneys for Defendant
  FGX International, Inc.*

**DATE:** December 14, 2007

Sun Optics, Inc. ("Sun Optics") and FGX International, Inc. ("FGX") hereby move the Court for an order staying the above-captioned case for an additional 60 days. The reason for this motion is that the parties have been engaged in settlement negotiations, and have made significant progress toward reaching an agreement. The parties are hopeful that an agreement settling the claims and defenses raised by the parties can be reached in the near future. However, the negotiation process and the exchanging of proposed terms is taking longer than initially anticipated due to the intervening holidays and extensive travel by the principles of both parties. Consequently, to avoid wasting the time and resources of the Court and of the parties, the parties move the Court to extend all dates set forth in the Scheduling Order (D.I. 68) by an additional 60 days. A proposed revised Scheduling Order is attached hereto as Exhibit A. A proposed order granting the present motion is also filed simultaneously herewith.

Respectfully submitted this 14th day of December, 2007.

| **CONNOLLY BOVE LODGE & HUTZ LLP** | **GREENBERG TRAURIG, LLP** |
|---|---|
| By: */s/ R. Eric Hutz* (I.D. 2702) | By: */s/ Donald J. Detweiler* (I.D. 3087) |
| R. Eric Hutz (#2702) | Donald J. Detweiler (#3087) |
| The Nemours Building | Sandra G. M. Selzer (#4283) |
| 1007 N. Orange Street | The Nemours Building |
| P.O. Box 2207 | 1007 N. Orange Street, Suite 1200 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| Telephone: (302) 658-9141 | Telephone: (302) 661-7000 |
| | |
| OF COUNSEL: | OF COUNSEL: |
| **WORKMAN │NYDEGGER** | **GREENBERG TRAURIG, LLP** |
| Larry R. Laycock | Adam B. Landa |
| Chad E. Nydegger | Rachel Izower |
| 1000 Eagle Gate Tower | 200 Park Avenue |
| 60 East South Temple | New York, NY 10166 |
| Salt Lake City, Utah 84111 | Telephone: (212) 801-9200 |
| Telephone: (801) 533-9800 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *FGX International, Inc.* |
| *Sun Optics, Inc.* | |

581827_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation,                )<br>                                                                          )<br>                         Plaintiff,                              )<br>                                                                          )<br>             v.                                                        )<br>                                                                          )     Civil Action No.  1:07cv137 SLR<br>FGX INTERNATIONAL, INC., a Delaware   )<br>Corporation,                                                   )<br>                                                                          )<br>                         Defendant.                          )<br>                                                                          )<br>                                                                          ) | |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR A 60-DAY STAY
TO ALLOW THE PARTIES TO CONTINUE SETTLEMENT DISCUSSIONS**

**CONNOLLY BOVE LODGE &
HUTZ, LLP**
R. Eric Hutz (#2702)
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141

<u>OF COUNSEL:</u>
**WORKMAN | NYDEGGER**
Larry R. Laycock
Chad E. Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

*Attorneys for Plaintiff
        Sun Optics, Inc.*

**DATE:** December 14, 2007

**GREENBERG TRAURIG, LLP**
Donald J. Detweiler (#3087)
Sandra G. M. Selzer (#4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

<u>OF COUNSEL:</u>
**GREENBERG TRAURIG, LLP**
Adam B. Landa
Rachel Izower
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200

*Attorneys for Defendant
       FGX International, Inc.*

2

The Court, having considered the parties' Joint Motion for a 60-Day Stay to Allow the Parties to Continue Settlement Discussions, and for good cause appearing therefore, the Motion is GRANTED.  The Clerk is ordered to enter the revised Scheduling Order attached as Exhibit A to the Motion.

DATED this ____ day of _____, 2007

                              BY THE COURT

By  _____
      Hon. Chief Judge Sue L. Robinson
      United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUN OPTICS, INC. <br> a Utah Corporation, <br><br> Plaintiff, <br><br> v. <br><br> FGX INTERNATIONAL, INC., <br> a Delaware Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.07-137 (SLR) <br><br><br> **CERTIFICATE OF SERVICE** |

  I, R. Eric Hutz, hereby certify that on December 14, 2007, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Donald J. Detweiler, Esquire
    Sandra G. M. Selzer, Esquire
    **GREENBERG TRAURIG, LLP**
    The Nemours Building
    1007 North Orange Street, Suite 1200
    Wilmington, DE 19801
    *Attorney for Defendant*
     *FGX International Inc.*

  I further certify that on December 14, 2007, I caused a copy of the foregoing to be served by hand delivery on the above-listed counsel of record and the following counsel in the manner indicated:

| | |
|---|---|
| **FEDERAL EXPRESS** <br> Adam B. Landa, Esquire <br> **GREENBERG TRAURIG, LLP** <br> 200 Park Avenue <br> New York, NY 10166 | **FEDERAL EXPRESS** <br> Steven J. Wadyka, Jr., Esquire <br> **GREENBERG TRAURIG, LLP** <br> 1750 Tysons Boulevard, 12th Floor <br> McLean, VA 22102 |

            */s/ R. Eric Hutz* (I.D. 2702)
            _____

581849_1