IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SUN OPTICS, INC., a Utah Corporation, )
)
       Plaintiff, )
)
v. )
)   Civil Action No. 1:07cv137 SLR
FGX INTERNATIONAL, INC., a Delaware )
Corporation, )
)
       Defendant. )
)
)

### [PROPOSED] ORDER GRANTING JOINT MOTION FOR A 60-DAY STAY TO ALLOW THE PARTIES TO CONTINUE SETTLEMENT DISCUSSIONS

| | |
|---|---|
| **CONNOLLY BOVE LODGE & HUTZ, LLP**<br>R. Eric Hutz (#2702)<br>The Nemours Building<br>1007 N. Orange Street<br>P. O. Box 2207<br>Wilmington, DE 19899<br>Telephone: (302) 658-9141 | **GREENBERG TRAURIG, LLP**<br>Donald J. Detweiler (#3087)<br>Sandra G. M. Selzer (#4283)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 661-7000 |
| <u>OF COUNSEL:</u><br>**WORKMAN | NYDEGGER**<br>Larry R. Laycock<br>Chad E. Nydegger<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, Utah 84111<br>Telephone: (801) 533-9800<br><br>*Attorneys for Plaintiff*<br>   *Sun Optics, Inc.* | <u>OF COUNSEL:</u><br>**GREENBERG TRAURIG, LLP**<br>Adam B. Landa<br>Rachel Izower<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 801-9200<br><br>*Attorneys for Defendant*<br>   *FGX International, Inc.* |

**DATE:** December 14, 2007

The Court, having considered the parties' Joint Motion for a 60-Day Stay to Allow the Parties to Continue Settlement Discussions, and for good cause appearing therefore, the Motion is GRANTED. The Clerk is ordered to enter the revised Scheduling Order attached as Exhibit A to the Motion. *Exhibit A has been revised by the Court.*

DATED this 18th day of December, 2007

BY THE COURT

By _____
Hon. Chief Judge Sue L. Robinson
United States District Court Judge