IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FGX INTERNATIONAL, INC., a Delaware )<br>Corporation, )<br>)<br>Defendant. ) | Civil Action No. 1:07cv137 SLR |

JOINT MOTION FOR A 30-DAY STAY TO ALLOW THE
PARTIES TO CONCLUDE SETTLEMENT DISCUSSIONS

**CONNOLLY BOVE LODGE**
 **& HUTZ LLP**
R. Eric Hutz (#2702)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141

<u>OF COUNSEL</u>:

**WORKMAN | NYDEGGER**
Larry R. Laycock
Chad E. Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
*Attorneys for Plaintiff*
   *Sun Optics, Inc.*

**GREENBERG TRAURIG, LLP**
Donald J. Detweiler (#3087)
Sandra G. M. Selzer (#4283)
The Nemours Building
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

<u>OF COUNSEL</u>:

**GREENBERG TRAURIG, LLP**
Adam B. Landa
Rachel Izower
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
*Attorneys for Defendant*
   *FGX International, Inc.*

**DATE:** February 22, 2008

Sun Optics, Inc. ("Sun Optics") and FGX International, Inc. ("FGX") hereby move the Court for an order staying the above-captioned case for an additional 30 days. The reason for this motion is that the parties have been engaged in settlement negotiations, and have made significant progress toward reaching an agreement. The parties are committed to settling the claims and defenses raised in this case, and are in the process of exchanging drafts of a formal agreement. Further, the Court of Appeals for the Federal Circuit has indicated that if the parties have entered a formal agreement by March 4, 2008, that the Federal Circuit will require the parties to meet as part of the Federal Circuit's mediation program. Consequently, the parties are diligently striving to have a formal agreement signed by March 4. In light of the foregoing, the parties move the Court to extend all dates set forth in the Scheduling Order (D.I. 68) by an additional 30 days to avoid wasting the time and resources of the Court and of the parties. A proposed revised Scheduling Order is attached hereto as Exhibit A. A proposed order granting the present motion is also filed simultaneously herewith.

Respectfully submitted this 22nd day of February, 2008.

| | |
|---|---|
| **CONNOLLY BOVE LODGE & HUTZ LLP** | **GREENBERG TRAURIG, LLP** |
| By: /s/ R. Eric Hutz (I.D. 2702) <br> R. Eric Hutz (#2702) <br> The Nemours Building <br> 1007 N. Orange St., P.O. Box 2207 <br> Wilmington, DE 19899 <br> Telephone: (302) 658-9141 | By: /s/ Donald J. Detweiler (I.D. 3087) <br> Donald J. Detweiler (#3087) <br> Sandra G. M. Selzer (#4283) <br> The Nemours Building <br> 1007 N. Orange Street, Suite 1200 <br> Wilmington, DE 19801 <br> Telephone: (302) 661-7000 |
| **OF COUNSEL:** <br> **WORKMAN \| NYDEGGER** <br> Larry R. Laycock <br> Chad E. Nydegger <br> 1000 Eagle Gate Tower <br> 60 East South Temple <br> Salt Lake City, Utah 84111 <br> Telephone: (801) 533-9800 <br> *Attorneys for Plaintiff* <br> *Sun Optics, Inc.* | **OF COUNSEL:** <br> **GREENBERG TRAURIG, LLP** <br> Adam B. Landa <br> Rachel Izower <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: (212) 801-9200 <br> *Attorneys for Defendant* <br> *FGX International, Inc* |

593943_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>FGX INTERNATIONAL, INC., a Delaware Corporation,<br><br>        Defendant. | Civil Action No. 1:07cv137 SLR |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR A 30-DAY STAY TO ALLOW THE PARTIES TO CONCLUDE SETTLEMENT DISCUSSIONS**

The Court, having considered the parties' Joint Motion for a 30-Day Stay to Allow the Parties to Conclude Settlement Discussions, and for good cause appearing therefore, the Motion is GRANTED. The Clerk is ordered to enter the revised Scheduling Order attached as Exhibit A to the Motion.

DATED this ____ day of _____, 2008.

                      BY THE COURT

By   _____
      Hon. Chief Judge Sue L. Robinson
      United States District Court Judge

593949_1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC.<br>a Utah Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FGX INTERNATIONAL, INC.,<br>a Delaware Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)   Civil Action No.07-137 (SLR)<br>)<br>)<br>)<br>)   **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>) |

    I, Francis DiGiovanni, hereby certify that on February 22, 2008, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

        Donald J. Detweiler, Esquire
        Sandra G. M. Selzer, Esquire
        **GREENBERG TRAURIG, LLP**
        The Nemours Building
        1007 North Orange Street, Suite 1200
        Wilmington, DE 19801
        *Attorney for Defendant*
          *FGX International Inc.*

    I further certify that on February 22, 2008, I caused a copy of the foregoing to be served by hand delivery on the above-listed counsel of record and the following counsel in the manner indicated:

| | |
|---|---|
| **FEDERAL EXPRESS**<br>Adam B. Landa, Esquire<br>**GREENBERG TRAURIG, LLP**<br>200 Park Avenue<br>New York, NY 10166 | **FEDERAL EXPRESS**<br>Steven J. Wadyka, Jr., Esquire<br>**GREENBERG TRAURIG, LLP**<br>1750 Tysons Boulevard, 12th Floor<br>McLean, VA 22102 |

                                              */s/ Francis DiGiovanni* (I.D. 3189)

593957