AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following  X Patents or ☐ Trademarks

| DOCKET NO.<br>07cv137 | DATE FILED<br>3/7/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Sun Optics Inc. | | DEFENDANT<br>FGX International Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US D525,427 S | 7/25/06 | Sun Optics Inc. |
| 2 | US D527,180 S | 8/29/06 | Sun Optics Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Case Closed 4-15-08 per Stipulation & Joint Motion for dismissal (See Attached)

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE 4-15-08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUN OPTICS, INC., a Utah Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FGX INTERNATIONAL, INC., a Delaware )<br>Corporation, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 1:07cv137 SLR |

## STIPULATION AND JOINT MOTION FOR DISMISSAL

**CONNOLLY BOVE LODGE & HUTZ, LLP**
R. Eric Hutz (#2702)
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141

**OF COUNSEL:**
**WORKMAN | NYDEGGER**
Larry R. Laycock
Chad E. Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

*Attorneys for Plaintiff*
  *Sun Optics, Inc.*

**GREENBERG TRAURIG, LLP**
Donald J. Detweiler (#3087)
Sandra G. M. Selzer (#4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

**OF COUNSEL:**
**GREENBERG TRAURIG, LLP**
Adam B. Landa
Rachel Izower
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200

*Attorneys for Defendant*
  *FGX International, Inc.*

**DATE:** April 11, 2008

Sun Optics, Inc. ("Sun Optics") and FGX International, Inc. ("FGXI") hereby jointly move the Court for an order dismissing all plaintiff's claims with prejudice, and all defendant's counterclaims, without prejudice. The reason for this motion is that the parties have reached an agreement settling all claims and counterclaims raised in this case. A proposed order is filed simultaneously herewith.

Respectfully submitted this 11th day of April, 2008.

By: /s/ R. Eric Hutz (I.D. 2702)

**CONNOLLY BOVE LODGE & HUTZ, LLP**
R. Eric Hutz (#2702)
The Nemours Building
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141

**OF COUNSEL:**
**WORKMAN | NYDEGGER**
Larry R. Laycock
Chad E. Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

*Attorneys for Plaintiff*
   *Sun Optics, Inc.*

By: /s/ Donald J. Detweiler (I.D. 3087)

**GREENBERG TRAURIG, LLP**
Donald J. Detweiler (#3087)
Sandra G. M. Selzer (#4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

**OF COUNSEL:**
**GREENBERG TRAURIG, LLP**
Adam B. Landa
Rachel Izower
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200

*Attorneys for Defendant*
   *FGX International, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SUN OPTICS, INC., a Utah Corporation,   )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )
                                        )   Civil Action No. 1:07cv137 SLR
FGX INTERNATIONAL, INC., a Delaware     )
Corporation,                            )
                                        )
            Defendant.                  )
                                        )
                                        )

[PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION FOR DISMISSAL

| | |
|---|---|
| **CONNOLLY BOVE LODGE & HUTZ, LLP**<br>R. Eric Hutz (#2702)<br>The Nemours Building<br>1007 N. Orange Street<br>P. O. Box 2207<br>Wilmington, DE 19899<br>Telephone: (302) 658-9141 | **GREENBERG TRAURIG, LLP**<br>Donald J. Detweiler (#3087)<br>Sandra G. M. Selzer (#4283)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 661-7000 |
| <u>OF COUNSEL:</u><br>**WORKMAN \| NYDEGGER**<br>Larry R. Laycock<br>Chad E. Nydegger<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, Utah 84111<br>Telephone: (801) 533-9800<br><br>*Attorneys for Plaintiff*<br>*Sun Optics, Inc.* | <u>OF COUNSEL:</u><br>**GREENBERG TRAURIG, LLP**<br>Adam B. Landa<br>Rachel Izower<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 801-9200<br><br>*Attorneys for Defendant*<br>*FGX International, Inc.* |

The Court, having considered the parties' Stipulation and Joint Motion for Dismissal with Prejudice, and for good cause appearing therefore, the Motion is GRANTED. It is hereby ORDERED:

All plaintiff's claims are dismissed with prejudice;

All defendant's counterclaims are dismissed without prejudice;

Each party shall bear its own costs and attorney fees incurred in this action; and

This Court shall retain jurisdiction over this action for purposes of enforcement of the Settlement Agreement between the parties.

DATED this ____ day of April, 2008

BY THE COURT

By: _____
Hon. Judge Sue L. Robinson
United States District Court Judge

603413