## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2007-1537

SUN OPTICS, INC.,

                Plaintiff-Appellant,

v.

FGX INTERNATIONAL, INC.,

                Defendant-Appellee.

Appeal from the United States District Court for the District of Delaware in case no. 07-CV-137, Judge Sue L. Robinson.

## ORDER

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 APR 14  PM 1:38

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,



Jan Horbaly
Clerk

04/10/08

cc: Clerk's Office, DCT
Larry R. Laycock
Adam B. Landa

**ISSUED AS A MANDATE:** 04/10/08

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 10 2008

JAN HORBALY
CLERK

SUN OPTICS V FGX INTL, 2007-1537
DCT - 07-CV-137

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 4/10/08